# Exhibit 1

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,833,902
Registered May 3, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## NBA

NBA PROPERTIES, INC. (NEW YORK CORPORATION)
OLYMPIC TOWER BLDG., 645 FIFTH AVENUE
NEW YORK, NY 10022

FOR: CLOTHING; NAMELY, HOSIERY, FOOTWEAR, SWEAT SHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, BELTS, TIES, NIGHTSHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS AND WRIST BANDS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1960.

OWNER OF U.S. REG. NOS. 864,034, 1,525,782 AND OTHERS.

SER. NO. 74-415,223, FILED 7-21-1993.

DAVID CHO, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,183,983

## United States Patent and Trademark Office

Registered Aug. 25, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## NATIONAL BASKETBALL ASSOCIATION

NBA PROPERTIES, INC. (NEW YORK CORPO-
RATION)
OLYMPIC TOWER
645 FIFTH AVENUE
NEW YORK, NY 10022

FOR: CLOTHING, NAMELY, HOSIERY,
FOOTWEAR, T-SHIRTS, SWEAT SHIRTS,
SWEATPANTS, PANTS, TANK TOPS, JERSEYS,
SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY
SHIRTS, SWEATERS, BELTS, TIES, NIGHT-
SHIRTS, HATS, WARM-UP SUITS, JACKETS,

PARKAS, COATS, CLOTH BIBS, HEAD BANDS,
WRIST BANDS, APRONS, BOXER SHORTS,
SLACKS, CAPS, EAR MUFFS AND GLOVES,
IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1969; IN COMMERCE
0-0-1969.

SEC. 2(F).

SER. NO. 75-330,478, FILED 7-25-1997.

CRAIG D. TAYLOR, EXAMINING ATTORNEY

Int. Cls.: 25 and 41

Prior U.S. Cls.: 39 and 107

**United States Patent and Trademark Office**
Reg. No. 1,525,782
Registered Feb. 21, 1989

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



NBA PROPERTIES, INC. (NEW YORK CORPO-
RATION)
645 FIFTH AVENUE
NEW YORK, NY 10022

FOR: HOSIERY, FOOTWEAR, T-SHIRTS,
SWEAT SHIRTS, TANK TOPS, PAJAMAS,
SPORT SHIRTS, BELTS, NIGHTSHIRTS,
STOCKING CAPS, WARM-UP OR JOGGING
SUITS, JACKETS, BIBS, HEAD BANDS AND
WRIST BANDS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 1–0–1969; IN COMMERCE
1–0–1969.

FOR: ENTERTAINMENT SERVICES,
NAMELY, ORGANIZING AND CONDUCTING
BASKETBALL EXHIBITIONS, IN CLASS 41
(U.S. CL. 107).
FIRST USE 1–0–1969; IN COMMERCE
1–0–1969.
OWNER OF U.S. REG. NOS. 864,034, 1,216,146
AND OTHERS.
THE DRAWING IS LINED FOR THE
COLORS RED AND BLUE.

SER. NO. 696,675, FILED 11–20–1987.

MICHAEL HAMILTON, EXAMINING ATTOR-
NEY

Int. Cl.: 14

Prior U.S. Cls.: 27 and 28

## United States Patent and Trademark Office

Reg. No. 1,715,549

Registered Sep. 15, 1992

## TRADEMARK
### PRINCIPAL REGISTER



NBA PROPERTIES, INC. (NEW YORK CORPO-
RATION)
OLYMPIC TOWER BLDG.
645 FIFTH AVENUE
NEW YORK, NY 10022

    FOR: JEWELLERY; NAMELY, WRIST
WATCHES, PINS, EARRINGS, NECKLACES,
RINGS, CUFF LINKS AND BELT BUCKLES, IN
CLASS 14 (U.S. CLS. 27 AND 28).

    FIRST USE 7–0–1971; IN COMMERCE
7–0–1971.

    OWNER OF U.S. REG. NOS. 864,034, 1,622,682
AND OTHERS.

    SER. NO. 74–243,902, FILED 2–6–1992.

AMOS T. MATTHEWS, JR., EXAMINING AT-
TORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 1,966,924
Registered Apr. 9, 1996

## TRADEMARK
### PRINCIPAL REGISTER



NBA PROPERTIES, INC. (NEW YORK CORPO-
RATION)
OLYMPIC TOWER BLDG., 645 FIFTH AVENUE
NEW YORK, NY 10022

FOR: CLOTHING, NAMELY HOSIERY,
FOOTWEAR, T-SHIRTS, SWEAT SHIRTS,
SWEATPANTS, PANTS, TANK TOPS, JERSEYS,
SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY
SHIRTS, SWEATERS, BELTS, TIES, NIGHT-
SHIRTS, HATS, WARM-UP SUITS, JACKETS,

PARKAS, COATS, CLOTH BIBS, HEAD BANDS,
WRIST BANDS, APRONS, BOXER SHORTS,
SLACKS, CAPS, EAR MUFFS, AND GLOVES,
IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 1–0–1969; IN COMMERCE
1–0–1969.
OWNER OF U.S. REG. NO. 1,525,782.

SER. NO. 74–675,875, FILED 5–17–1995.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,157,039

Registered May 12, 1998

## TRADEMARK
### PRINCIPAL REGISTER



NBA PROPERTIES, INC. (NEW YORK CORPORATION)
OLYMPIC TOWER BLDG.
645 FIFTH AVENUE
NEW YORK, NY 10022

FOR: CLOTHING, NAMELY, HOSIERY, FOOTWEAR, SWEAT SHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, WARM-UP SUITS, PARKAS, COATS, CLOTH

BIBS, HEAD BANDS AND WRIST BANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1–0–1997; IN COMMERCE 1–0–1997.

OWNER OF U.S. REG. NOS. 1,976,449, 1,978,202, AND 2,107,716.

SN 74–393,135, FILED 5–21–1993.

ANDREW A. ROPPEL, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,079,493**

## United States Patent and Trademark Office

Registered July 15, 1997

## TRADEMARK
### PRINCIPAL REGISTER



NBA PROPERTIES, INC. (NEW YORK CORPO-
RATION)
OLYMPIC TOWER BLDG.
645 FIFTH AVENUE
NEW YORK, NY 10022

FOR: CLOTHING; NAMELY, HOSIERY,
FOOTWEAR, SWEAT SHIRTS, SWEATPANTS,
PANTS, TANK TOPS, JERSEYS, SHORTS, PA-
JAMAS, SPORT SHIRTS, RUGBY SHIRTS,
SWEATERS, BELTS, TIES, NIGHTSHIRTS,
WARM-UP SUITS, PARKAS, COATS, CLOTH

BIBS, HEAD BANDS AND WRIST BANDS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1–0–1997; IN COMMERCE
1–0–1997.

OWNER OF U.S. REG. NOS. 864,034, 1,525,782,
AND OTHERS.

SN 74–393,137, FILED 5–21–1993.

RONALD R. SUSSMAN, EXAMINING ATTOR-
NEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,237,767**

**Registered Jul. 04, 2017**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

NBA Properties, Inc. (NEW YORK CORPORATION)
Olympic Tower - 645 Fifth Avenue
New York, NY 10022

CLASS 14: Jewelry; costume jewelry; beaded jewelry; rubber or silicon wristbands in the nature of a bracelet, beaded necklaces; beads for use in the manufacture of jewelry; earrings, necklaces, rings, bracelets, cuff links, pendants, charms for collar jewelry and bracelets; clocks; watches; watch bands and watch straps, watch cases, watch fobs; jewelry boxes, tie clips; medallions; non-monetary coins of precious metal; precious metals; key chains of precious metal; key chains as jewelry; figures and figurines of precious metal; trophies of precious metals

FIRST USE 6-00-1997; IN COMMERCE 6-00-1997

The mark consists of a basketball and hoop on a square base.

OWNER OF U.S. REG. NO. 3139918, 5157364, 3146338

SEC.2(F)

SER. NO. 86-841,222, FILED 12-07-2015
SHAUNIA P CARLYLE, EXAMINING ATTORNEY



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

Int. Cl.: 6, 16, 18, 25, 28, 41

Prior U.S. Cl.: 3, 13, 22, 37, 38, 39, 107

## United States Patent Office

**Reg. No. 1,003,131**
Registered Jan. 28, 1975

# TRADEMARK
## SERVICE MARK
### Principal Register

# BOSTON CELTICS

Boston Celtics Basketball Club, Inc. (Massachusetts corporation)
Boston Garden at North Station
Boston, Mass.   02114

For: LUGGAGE, in CLASS 3 (INT. CL. 18).
First use at least as early as 1950; in commerce at least as early as 1950.

For: KEY CHAINS, in CLASS 13 (INT. CL. 6).
First use 1946; in commerce 1946.

For: BASKETBALLS, in CLASS 22 (INT. CL. 28).
First use at least as early as December 1964; in commerce at least as early as December 1964.

For: PENS, in CLASS 37 (INT. CL. 16).
First use at least as early as September 1960; in commerce at least as early as September 1960.

For: PRINTED MATTER AND PUBLICATIONS, COMPRISING, PROGRAMS, YEARBOOKS, PHOTOGRAPHS OF BASKETBALL PLAYERS, BASKETBALL

CALENDARS AND PRESS GUIDES, in CLASS 38 (INT. CL. 16).
First use as early as November 1946; in commerce at least as early as November 1946.

For: SPORTS APPAREL, COMPRISING SWEAT-SHIRTS, in CLASS 39 (INT. CL. 25).
First use at least as early as December 1964; in commerce at least as early as December 1964.

For: ENTERTAINMENT SERVICES, COMPRISING, BASKETBALL G A M E S AND EXHIBITIONS, RENDERED LIVE IN STADIA AND THROUGH THE MEDIA OF R A D I O AND TELEVISION BROADCASTS; AND INSTRUCTIONAL SERVICES IN CONDUCTING BASKETBALL CLINICS, in CLASS 107 (INT. CL. 41).
First use 1946; in commerce 1946.

Without waiver of any rights, statutory or common law, the word "Boston" is disclaimed apart from the mark as a whole.

Ser. No. 440,648, filed Nov. 8, 1972.

Int. Cl.: 6, 16, 18, 25, 28, 41

Prior U.S. Cl.: 3, 13, 22, 37, 38, 39, 107

## United States Patent Office

Reg. No. 1,003,131

Registered Jan. 28, 1975

## TRADEMARK
## SERVICE MARK
### Principal Register

## BOSTON CELTICS

Boston Celtics Basketball Club, Inc. (Massachusetts corporation)
Boston Garden at North Station
Boston, Mass.    02114

For: LUGGAGE, in CLASS 3 (INT. CL. 18).
First use at least as early as 1950; in commerce at least as early as 1950.

For: KEY CHAINS, in CLASS 13 (INT. CL. 6).
First use 1946; in commerce 1946.

For: BASKETBALLS, in CLASS 22 (INT. CL. 28).
First use at least as early as December 1964; in commerce at least as early as December 1964.

For: PENS, in CLASS 37 (INT. CL. 16).
First use at least as early as September 1960; in commerce at least as early as September 1960.

For: PRINTED MATTER AND PUBLICATIONS, COMPRISING, PROGRAMS, YEARBOOKS, PHOTOGRAPHS OF BASKETBALL PLAYERS, BASKETBALL CALENDARS AND PRESS GUIDES, in CLASS 38 (INT. CL. 16).
First use as early as November 1946; in commerce at least as early as November 1946.

For: SPORTS APPAREL, COMPRISING SWEAT-SHIRTS, in CLASS 39 (INT. CL. 25).
First use at least as early as December 1964; in commerce at least as early as December 1964.

For: ENTERTAINMENT SERVICES, COMPRISING, BASKETBALL G A M E S AND EXHIBITIONS, RENDERED LIVE IN STADIA AND THROUGH THE MEDIA OF R A D I O AND TELEVISION BROADCASTS; AND INSTRUCTIONAL SERVICES IN CONDUCTING BASKETBALL CLINICS, in CLASS 107 (INT. CL. 41).
First use 1946; in commerce 1946.

Without waiver of any rights, statutory or common law, the word "Boston" is disclaimed apart from the mark as a whole.

Ser. No. 440,648, filed Nov. 8, 1972.

Int. Cls.: 6, 16, 18, 25, 28 and 41

Prior U.S. Cls.: 3, 13, 22, 37, 38, 39 and 107

Reg. No. 1,003,131

**United States Patent and Trademark Office**

Registered Jan. 28, 1975

10 Year Renewal

Renewal Term Begins Jan. 28, 1995

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

## BOSTON CELTICS

CELTICS LIMITED PARTNERSHIP (DELAWARE LIMITED PARTNERSHIP)
151 MERRIMAC STREET
BOSTON, MA 02114, BY CHANGE OF NAME, ASSIGNMENT, ASSIGNMENT AND ASSIGNMENT FROM BOSTON CELTICS BASKETBALL CLUB, INC. (MASSACHUSETTS CORPORATION) BOSTON, MA

WITHOUT WAIVER OF ANY RIGHTS, STATUTORY OR COMMON LAW, THE WORD "BOSTON" IS DISCLAIMED APART FROM THE MARK AS A WHOLE.

FOR: LUGGAGE, IN CLASS 3 (INT. CL. 18).

FIRST USE 0-0-1950; IN COMMERCE 0-0-1950.

FOR: KEY CHAINS, IN CLASS 13 (INT. CL. 6).

FIRST USE 0-0-1946; IN COMMERCE 0-0-1946.

FOR: BASKETBALLS , IN CLASS 22 (INT. CL. 28).

FIRST USE 12-0-1964; IN COMMERCE 12-0-1964.

FOR: PENS, IN CLASS 37 (INT. CL. 16).

FIRST USE 9-0-1960; IN COMMERCE 9-0-1960.

FOR: PRINTED MATTER AND PUBLICATIONS, COMPRISING, PROGRAMS, YEARBOOKS, PHOTOGRAPHS OF BASKETBALL PLAYERS, BASKETBALL CALENDARS AND PRESS GUIDES, IN CLASS 38 (INT. CL. 16).

FIRST USE 11-0-1946; IN COMMERCE 11-0-1946.

FOR: SPORTS APPAREL, COMPRISING SWEATSHIRTS, IN CLASS 39 (INT. CL. 25).

FIRST USE 12-0-1964; IN COMMERCE 12-0-1964.

FOR: ENTERTAINMENT SERVICES, COMPRISING, BASKETBALL GAMES AND EXHIBITIONS, RENDERED LIVE IN STADIA AND THROUGH THE

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 29, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

MEDIA OF RADIO AND TELEVISION BROADCASTS; AND INSTRUCTIONAL SERVICES IN CONDUCTING BASKET-BALL CLINICS, IN CLASS 107 (INT. CL. 41).

FIRST USE 0-0-1946; IN COMMERCE 0-0-1946.

SER. NO. 72–440,648, FILED 11–8–1972.

Int. Cl.: 6, 16, 18, 25, 28, 41

Prior U.S. Cl.: 3, 13, 22, 37, 38, 39, 107

## United States Patent Office

Reg. No. 1,003,131
Registered Jan. 28, 1975

## TRADEMARK
## SERVICE MARK
### Principal Register

## BOSTON CELTICS

Boston Celtics Basketball Club, Inc. (Massachusetts corporation)
Boston Garden at North Station
Boston, Mass. 02114

For: LUGGAGE, in CLASS 3 (INT. CL. 18).
First use at least as early as 1950; in commerce at least as early as 1950.

For: KEY CHAINS, in CLASS 13 (INT. CL. 6).
First use 1946; in commerce 1946.

For: BASKETBALLS, in CLASS 22 (INT. CL. 28).
First use at least as early as December 1964; in commerce at least as early as December 1964.

For: PENS, in CLASS 37 (INT. CL. 16).
First use at least as early as September 1960; in commerce at least as early as September 1960.

For: PRINTED MATTER AND PUBLICATIONS, COMPRISING, PROGRAMS, YEARBOOKS, PHOTOGRAPHS OF BASKETBALL PLAYERS, BASKETBALL CALENDARS AND PRESS GUIDES, in CLASS 38 (INT. CL. 16).
First use as early as November 1946; in commerce at least as early as November 1946.

For: SPORTS APPAREL, COMPRISING SWEATSHIRTS, in CLASS 39 (INT. CL. 25).
First use at least as early as December 1964; in commerce at least as early as December 1964.

For: ENTERTAINMENT SERVICES, COMPRISING, BASKETBALL G A M E S AND EXHIBITIONS, RENDERED LIVE IN STADIA AND THROUGH THE MEDIA OF R A D I O AND TELEVISION BROADCASTS; AND INSTRUCTIONAL SERVICES IN CONDUCTING BASKETBALL CLINICS, in CLASS 107 (INT. CL. 41).
First use 1946; in commerce 1946.

Without waiver of any rights, statutory or common law, the word "Boston" is disclaimed apart from the mark as a whole.

Ser. No. 440,648, filed Nov. 8, 1972.

Int. Cl.: 6, 16, 1δ, 25, 28, 41

Prior U.S. Cl.: 3, 13, 22, 37, 38, 39, 107

## United States Patent Office

Reg. No. 1,003,131
Registered Jan. 28, 1975

# TRADEMARK
# SERVICE MARK
### Principal Register

# BOSTON CELTICS

Boston Celtics Basketball Club, Inc. (Massachusetts corporation)
Boston Garden at North Station
Boston, Mass. 02114

For: LUGGAGE, in CLASS 3 (INT. CL. 18).
First use at least as early as 1950; in commerce at least as early as 1950.

For: KEY CHAINS, in CLASS 13 (INT. CL. 6).
First use 1946; in commerce 1946.

For: BASKETBALLS, in CLASS 22 (INT. CL. 28).
First use at least as early as December 1964; in commerce at least as early as December 1964.

For: PENS, in CLASS 37 (INT. CL. 16).
First use at least as early as September 1960; in commerce at least as early as September 1960.

For: PRINTED MATTER AND PUBLICATIONS, COMPRISING, PROGRAMS, YEARBOOKS, PHOTOGRAPHS OF BASKETBALL PLAYERS, BASKETBALL

CALENDARS AND PRESS GUIDES, in CLASS 38 (INT. CL. 16).
First use as early as November 1946; in commerce at least as early as November 1946.

For: SPORTS APPAREL, COMPRISING SWEATSHIRTS, in CLASS 39 (INT. CL. 25).
First use at least as early as December 1964; in commerce at least as early as December 1964.

For: ENTERTAINMENT SERVICES, COMPRISING, BASKETBALL GAMES AND EXHIBITIONS, RENDERED LIVE IN STADIA AND THROUGH THE MEDIA OF RADIO AND TELEVISION BROADCASTS; AND INSTRUCTIONAL SERVICES IN CONDUCTING BASKETBALL CLINICS, in CLASS 107 (INT. CL. 41).
First use 1946; in commerce 1946.

Without waiver of any rights, statutory or common law, the word "Boston" is disclaimed apart from the mark as a whole.

Ser. No. 440,648, filed Nov. 8, 1972.

Int. Cls.: 6, 16, 18, 25, 28 and 41

Prior U.S. Cls.: 3, 13, 22, 37, 38, 39 and 107

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 1,003,131
Registered Jan. 28, 1975
Renewal Term Begins Jan. 28, 1995

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

## BOSTON CELTICS

CELTICS LIMITED PARTNERSHIP (DELAWARE LIMITED PARTNER-SHIP)
151 MERRIMAC STREET
BOSTON, MA 02114, BY CHANGE OF NAME, ASSIGNMENT, ASSIGNMENT AND ASSIGNMENT FROM BOSTON CELTICS BASKETBALL CLUB, INC. (MASSACHUSETTS CORPORATION) BOSTON, MA

WITHOUT WAIVER OF ANY RIGHTS, STATUTORY OR COMMON LAW, THE WORD "BOSTON" IS DISCLAIMED APART FROM THE MARK AS A WHOLE.

FOR: LUGGAGE, IN CLASS 3 (INT. CL. 18).

FIRST USE 0-0-1950; IN COMMERCE 0-0-1950.

FOR: KEY CHAINS, IN CLASS 13 (INT. CL. 6).

FIRST USE 0-0-1946; IN COMMERCE 0-0-1946.

FOR: BASKETBALLS , IN CLASS 22 (INT. CL. 28).

FIRST USE 12-0-1964; IN COMMERCE 12-0-1964.

FOR: PENS, IN CLASS 37 (INT. CL. 16).

FIRST USE 9-0-1960; IN COMMERCE 9-0-1960.

FOR: PRINTED MATTER AND PUBLICATIONS, COMPRISING, PROGRAMS, YEARBOOKS, PHOTOGRAPHS OF BASKETBALL PLAYERS, BASKETBALL CALENDARS AND PRESS GUIDES, IN CLASS 38 (INT. CL. 16).

FIRST USE 11-0-1946; IN COMMERCE 11-0-1946.

FOR: SPORTS APPAREL, COMPRISING SWEATSHIRTS, IN CLASS 39 (INT. CL. 25).

FIRST USE 12-0-1964; IN COMMERCE 12-0-1964.

FOR: ENTERTAINMENT SERVICES, COMPRISING, BASKETBALL GAMES AND EXHIBITIONS, RENDERED LIVE IN STADIA AND THROUGH THE

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 29, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,650,195

## United States Patent and Trademark Office      Registered July 9, 1991

### TRADEMARK
#### PRINCIPAL REGISTER

## CHARLOTTE HORNETS

CHARLOTTE NBA LIMITED PARTNERSHIP (NORTH CAROLINA LIMITED PARTNER-SHIP)
2600 FIRST UNION PLAZA
CHARLOTTE, NC 28282

FOR: CLOTHING; NAMELY, TEE SHIRTS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 6–15–1987; IN COMMERCE 6–15–1987.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CHARLOTTE", APART FROM THE MARK AS SHOWN.

SER. NO. 73–671,252, FILED 7–10–1987.

PAUL E. FAHRENKOPF, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,650,195
Registered July 9, 1991

## TRADEMARK
### PRINCIPAL REGISTER

## CHARLOTTE HORNETS

CHARLOTTE NBA LIMITED PARTNERSHIP (NORTH CAROLINA LIMITED PARTNER-SHIP)
2600 FIRST UNION PLAZA
CHARLOTTE, NC 28282

FOR: CLOTHING; NAMELY, TEE SHIRTS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 6-15-1987; IN COMMERCE 6-15-1987.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CHARLOTTE", APART FROM THE MARK AS SHOWN.

SER. NO. 73-671,252, FILED 7-10-1987.

PAUL E. FAHRENKOPF, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 1,598,692
Registered May 29, 1990

## TRADEMARK
### PRINCIPAL REGISTER



DETROIT PISTONS BASKETBALL COMPANY (MICHIGAN LIMITED PARTNERSHIP)
THE PALACE OF AUBURN HILLS
3777 LAPEER ROAD
AUBURN HILLS, MI 48057

FOR: HOSIERY, FOOTWEAR, T-SHIRTS, SWEAT SHIRTS, SWEATPANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, SWEATERS, BELTS, NIGHTSHIRTS, HATS, WARM-UP SUITS, JACKETS, BIBS, HEAD BANDS AND WRIST BANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11–0–1969; IN COMMERCE 11–0–1969.

OWNER OF U.S. REG. NOS. 1,085,717, 1,085,718, AND 1,085,719.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DETROIT", APART FROM THE MARK AS SHOWN.

SER. NO. 73–810,356, FILED 7–3–1989.

ANDREW D. LAWRENCE, EXAMINING AT-TORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 1,598,692

Registered May 29, 1990

## TRADEMARK
### PRINCIPAL REGISTER



DETROIT PISTONS BASKETBALL COMPANY (MICHIGAN LIMITED PARTNERSHIP)
THE PALACE OF AUBURN HILLS
3777 LAPEER ROAD
AUBURN HILLS, MI 48057

FOR: HOSIERY, FOOTWEAR, T-SHIRTS, SWEAT SHIRTS, SWEATPANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, SWEATERS, BELTS, NIGHTSHIRTS, HATS, WARM-UP SUITS, JACKETS, BIBS, HEAD BANDS AND WRIST BANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11–0–1969; IN COMMERCE 11–0–1969.

OWNER OF U.S. REG. NOS. 1,085,717, 1,085,718, AND 1,085,719.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DETROIT", APART FROM THE MARK AS SHOWN.

SER. NO. 73–810,356, FILED 7–3–1989.

ANDREW D. LAWRENCE, EXAMINING ATTORNEY

Int. Cls.: 25 and 41

Prior U.S. Cls.: 39 and 107

Reg. No. 1,806,185

## United States Patent and Trademark Office

Registered Nov. 23, 1993

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



BOSTON CELTICS LIMITED PARTNERSHIP (DELAWARE LIMITED PARTNERSHIP)
151 MERRIMAC STREET
BOSTON, MA 02114

FOR: HOSIERY, FOOTWEAR, T-SHIRTS, SWEAT SHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, NIGHTSHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS AND WRIST BANDS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 12-0-1967, FIRST USED IN AN-OTHER FORM IN 1964; IN COMMERCE 12-0-1967.

FOR: ENTERTAINMENT SERVICES; NAMELY, BASKETBALL GAMES AND EXHI-BITIONS RENDERED LIVE IN STADIA AND THROUGH THE MEDIA OF RADIO AND TEL-EVISION BROADCASTS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 12-0-1967, FIRST USED IN AN-OTHER FORM IN 1946; IN COMMERCE 12-0-1967.

THE DRAWING IS LINED FOR THE COLOR GREEN.

SER. NO. 74-301,220, FILED 8-3-1992.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cls.: 25 and 41

Prior U.S. Cls.: 39 and 107

**United States Patent and Trademark Office**

Reg. No. 1,806,185
Registered Nov. 23, 1993

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



BOSTON CELTICS LIMITED PARTNERSHIP (DELAWARE LIMITED PARTNERSHIP)
151 MERRIMAC STREET
BOSTON, MA 02114

FOR: HOSIERY, FOOTWEAR, T-SHIRTS, SWEAT SHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, NIGHTSHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS AND WRIST BANDS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 12-0-1967, FIRST USED IN AN-OTHER FORM IN 1964; IN COMMERCE 12-0-1967.

FOR: ENTERTAINMENT SERVICES; NAMELY, BASKETBALL GAMES AND EXHI-BITIONS RENDERED LIVE IN STADIA AND THROUGH THE MEDIA OF RADIO AND TEL-EVISION BROADCASTS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 12-0-1967, FIRST USED IN AN-OTHER FORM IN 1946; IN COMMERCE 12-0-1967.

THE DRAWING IS LINED FOR THE COLOR GREEN.

SER. NO. 74-301,220, FILED 8-3-1992.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,836,873
Registered May 17, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## BULLS

CHICAGO PROFESSIONAL SPORTS LIMITED PARTNERSHIP (ILLINOIS LIMITED PARTNERSHIP)
980 NORTH MICHIGAN AVENUE, SUITE 1600
CHICAGO. IL 60611

FOR: CLOTHING; NAMELY, HOSIERY, FOOTWEAR, T-SHIRTS, SWEAT SHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHT-

SHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS AND WRIST BANDS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 0-0-1966; IN COMMERCE 0-0-1966.
OWNER OF U.S. REG. NOS. 843,036 AND 1,530,949.

SER. NO. 74-405,393, FILED 6-23-1993.

DAVID CHO, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

# United States Patent and Trademark Office

Reg. No. 1,836,873
Registered May 17, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## BULLS

CHICAGO PROFESSIONAL SPORTS LIMITED PARTNERSHIP (ILLINOIS LIMITED PARTNERSHIP)
980 NORTH MICHIGAN AVENUE, SUITE 1600
CHICAGO. IL 60611

FOR: CLOTHING; NAMELY, HOSIERY, FOOTWEAR, T-SHIRTS, SWEAT SHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHT-SHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS AND WRIST BANDS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1966; IN COMMERCE 0-0-1966.

OWNER OF U.S. REG. NOS. 843,036 AND 1,530,949.

SER. NO. 74-405,393, FILED 6-23-1993.

DAVID CHO, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 1,946,924
Registered Jan. 9, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## ATLANTA HAWKS

ATLANTA HAWKS, LTD. (GEORGIA LIMITED PARTNERSHIP)
ONE CNN CENTER, SOUTH TOWER, SUITE 405
ATLANTA, GA 30303

FOR: CLOTHING, NAMELY HOSIERY, FOOTWEAR, T-SHIRTS, SWEAT SHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS, WRIST BANDS, APRONS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, AND GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7–0–1972; IN COMMERCE 7–0–1972.

OWNER OF U.S. REG. NOS. 987,575, 999,336, AND 1,618,864.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ATLANTA", APART FROM THE MARK AS SHOWN.

SER. NO. 74–635,078, FILED 2–15–1995.

JEFFREY LOOK, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 1,946,924

## United States Patent and Trademark Office

Registered Jan. 9, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## ATLANTA HAWKS

ATLANTA HAWKS, LTD. (GEORGIA LIMIT-
ED PARTNERSHIP)
ONE CNN CENTER, SOUTH TOWER, SUITE
405
ATLANTA, GA 30303

FOR: CLOTHING, NAMELY HOSIERY,
FOOTWEAR, T-SHIRTS, SWEAT SHIRTS,
SWEATPANTS, PANTS, TANK TOPS, JERSEYS,
SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY
SHIRTS, SWEATERS, BELTS, TIES, NIGHT-
SHIRTS, HATS, WARM-UP SUITS, JACKETS,
PARKAS, COATS, CLOTH BIBS, HEAD BANDS,
WRIST BANDS, APRONS, BOXER SHORTS,

SLACKS, CAPS, EAR MUFFS, AND GLOVES,
IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-0-1972; IN COMMERCE
7-0-1972.

OWNER OF U.S. REG. NOS. 987,575, 999,336,
AND 1,618,864.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "ATLANTA", APART FROM
THE MARK AS SHOWN.

SER. NO. 74-635,078, FILED 2-15-1995.

JEFFREY LOOK, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# BROOKLYN NETS

**Reg. No. 4,175,932**

**Registered July 17, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

NEW JERSEY BASKETBALL, LLC (NEW JERSEY LIMITED LIABILITY COMPANY)
390 MURRAY HILL PARKWAY
EAST RUTHERFORD, NJ 07073

FOR: CLOTHING, NAMELY, HOSIERY, FOOTWEAR, BASKETBALL SHOES, BASKETBALL SNEAKERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS, SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDER-GARMENTS, BOXER SHORTS, SLACKS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNIFORMS, SWIM WEAR, BATHING SUITS, SWIMSUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS, BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SANDALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR WITH ATTACHED WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-30-2012; IN COMMERCE 4-30-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BROOKLYN", APART FROM THE MARK AS SHOWN.

SN 77-728,208, FILED 5-4-2009.

TRACY WHITTAKER-BROWN, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,754,325**

## United States Patent and Trademark Office

Registered Aug. 19, 2003

### TRADEMARK
#### PRINCIPAL REGISTER



DALLAS BASKETBALL LIMITED (PARTNER-SHIP)
777 SPORTS STREET
DALLAS, TX 75207

FOR: CLOTHING, NAMELY, HOSIERY, FOOT-WEAR, T-SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS, WRIST BANDS, APRONS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, GLOVES,

MITTENS, WOVEN AND KNITS SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-9-2001; IN COMMERCE 2-9-2001.

OWNER OF U.S. REG. NOS. 1,235,457, 2,001,223, AND OTHERS.

SEC. 2(F) AS TO "DALLAS".

SN 78-022,073, FILED 8-21-2000.

ESTHER A. BORSUK, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,754,325**

## United States Patent and Trademark Office

Registered Aug. 19, 2003

## TRADEMARK
### PRINCIPAL REGISTER



DALLAS BASKETBALL LIMITED (PARTNER-SHIP)
777 SPORTS STREET
DALLAS, TX 75207

FOR: CLOTHING, NAMELY, HOSIERY, FOOT-WEAR, T-SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS, WRIST BANDS, APRONS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, GLOVES,

MITTENS, WOVEN AND KNITS SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-9-2001; IN COMMERCE 2-9-2001.

OWNER OF U.S. REG. NOS. 1,235,457, 2,001,223, AND OTHERS.

SEC. 2(F) AS TO "DALLAS".

SN 78-022,073, FILED 8-21-2000.

ESTHER A. BORSUK, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 2,983,889

Registered Aug. 9, 2005

## TRADEMARK
### PRINCIPAL REGISTER



GUND BUSINESS ENTERPRISES, INC. (OHIO CORPORATION)
GUND ARENA, ONE CENTER COURT
CLEVELAND, OH 44115

FOR: CLOTHING, NAMELY HOSIERY, FOOT-WEAR, BASKETBALL SHOES, BASKETBALL SNEA-KERS, T-SHIRTS, SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, CLOTH BABY BIBS, HEAD BANDS, WRIST BANDS, APRONS, BOXER SHORTS, SLACKS, EAR MUFFS, GLOVES, MIT-TENS, SCARVES, WOVEN AND KNIT SHIRTS, CHEERLEADING DRESSES AND UNIFORMS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-29-2003; IN COMMERCE 10-29-2003.

SN 78-237,358, FILED 4-14-2003.

NICHOLAS ALTREE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,028,591

Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# CLEVELAND CAVALIERS

CAVS/GUND ARENA COMPANY (OHIO COR-
PORATION)
GUND ARENA - ONE CENTER COURT
CLEVELAND, OH 44115

FOR: CLOTHING, NAMELY HOSIERY, FOOT-
WEAR, BASKETBALL SHOES, BASKETBALL SNEA-
KERS, T-SHIRTS, SHIRTS, POLO SHIRTS,
SWEATSHIRTS, SWEATPANTS, PANTS, TANK
TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT
SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES,
NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP
SUITS, WARM-UP PANTS, WARM-UP TOPS/
SHOOTING SHIRTS, JACKETS, WIND RESISTANT
JACKETS, PARKAS, COATS, BABY BIBS NOT OF
PAPER, HEAD BANDS, WRIST BANDS, APRONS,
UNDERGARMENTS, BOXER SHORTS, SLACKS,
CAPS, EAR MUFFS, GLOVES, MITTENS, SCARVES,
WOVEN AND KNIT SHIRTS, JERSEY DRESSES,
DRESSES, CHEERLEADING DRESSES AND UNI-
FORMS, SWIM WEAR, BATHING SUITS, SWIM-
SUITS, BIKINIS, TANKINIS, SWIM TRUNKS,

BATHING TRUNKS, BOARD SHORTS, WET SUITS,
BEACH COVER-UPS, BATHING SUIT COVER-UPS,
BATHING SUIT WRAPS, SANDALS, BEACH SAN-
DALS, BEACH HATS, SUN VISORS, SWIM CAPS,
BATHING CAPS, NOVELTY HEADWEAR WITH
WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-31-1970; IN COMMERCE 10-31-1970.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,924,255 AND
2,926,580.

SEC. 2(F) AS TO "CLEVELAND".

SER. NO. 78-506,883, FILED 10-27-2004.

GEOFFREY FOSDICK, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,100,138

Registered June 6, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# DALLAS MAVERICKS

DALLAS BASKETBALL LIMITED (TEXAS LIM-
ITED PARTNERSHIP)
2909 TAYLOR STREET
DALLAS, TX 75226

FOR: CLOTHING, NAMELY HOSIERY, FOOT-
WEAR, BASKETBALL SHOES, BASKETBALL SNEA-
KERS, T-SHIRTS, SHIRTS, POLO SHIRTS,
SWEATSHIRTS, SWEATPANTS, PANTS, TANK
TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT
SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES,
NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP
SUITS, WARM-UP PANTS, WARM-UP TOPS/
SHOOTING SHIRTS, JACKETS, WIND RESISTANT
JACKETS, PARKAS, COATS, BABY BIBS NOT OF
PAPER, HEAD BANDS, WRIST BANDS, APRONS,
UNDERGARMENTS, BOXER SHORTS, SLACKS,
CAPS, EAR MUFFS, GLOVES, MITTENS, SCARVES,
WOVEN AND KNIT SHIRTS, JERSEY DRESSES,
DRESSES, CHEERLEADING DRESSES AND UNI-
FORMS, SWIM WEAR, BATHING SUITS, SWIM-
SUITS, BIKINIS, TANKINIS, SWIM TRUNKS,
BATHING TRUNKS, BOARD SHORTS, WET SUITS,

BEACH COVER-UPS, BATHING SUIT COVER-UPS,
BATHING SUIT WRAPS, SANDALS, BEACH SAN-
DALS, BEACH HATS, SUN VISORS, SWIM CAPS,
BATHING CAPS, NOVELTY HEADWEAR WITH
ATTACHED WIGS, IN CLASS 25 (U.S. CLS. 22 AND
39).

FIRST USE 11-30-1980; IN COMMERCE 11-30-1980.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,705,429, 2,757,399
AND OTHERS.

SEC. 2(F) AS TO "DALLAS".

SER. NO. 78-506,896, FILED 10-27-2004.

KEVON CHISOLM, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 3,078,918
Registered Apr. 11, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# DENVER NUGGETS

THE DENVER NUGGETS LIMITED PARTNER-
SHIP (DELAWARE LIMITED PARTNERSHIP)
PEPSI CENTER - 1000 CHOPPER PLACE
DENVER, CO 80204

FOR: CLOTHING, NAMELY, HOSIERY, FOOT-
WEAR, BASKETBALL SHOES, BASKETBALL SNEA-
KERS, T-SHIRTS, SHIRTS, POLO SHIRTS,
SWEATSHIRTS, SWEATPANTS, PANTS, TANK
TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT
SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES,
NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP
SUITS, WARM-UP PANTS, WARM-UP TOPS/
SHOOTING SHIRTS, JACKETS, WIND RESISTANT
JACKETS, PARKAS, COATS, BABY BIBS NOT OF
PAPER, HEAD BANDS, WRIST BANDS, APRONS,
UNDERGARMENTS, BOXER SHORTS, SLACKS,
EAR MUFFS, GLOVES, MITTENS, SCARVES, WO-
VEN AND KNIT SHIRTS, JERSEY DRESSES, DRES-
SES, CHEERLEADING DRESSES AND UNIFORMS,
SWIM WEAR, BATHING SUITS, SWIMSUITS, BIKI-
NIS, TANKINIS, SWIM TRUNKS, BATHING
TRUNKS, BOARD SHORTS, WET SUITS, BEACH

COVER-UPS, BATHING SUIT COVER-UPS, BATH-
ING SUIT WRAPS, SANDALS, BEACH SANDALS,
BEACH HATS, SUN VISORS, SWIM CAPS, BATH-
ING CAPS, NOVELTY HEADWEAR WITH WIGS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-1-1974; IN COMMERCE 9-1-1974.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,094,036, 1,905,038
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "DENVER", APART FROM THE
MARK AS SHOWN.

SER. NO. 78-509,918, FILED 11-2-2004.

BARBARA GAYNOR, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 3,023,617

Registered Dec. 6, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# DETROIT PISTONS

DETROIT PISTONS BASKETBALL COMPANY (MICHIGAN LIMITED PARTNERSHIP)
2 CHAMPIONSHIP DRIVE
AUBURN HILLS, MI 48326

FOR: CLOTHING, NAMELY HOSIERY, FOOTWEAR, BASKETBALL SHOES, BASKETBALL SNEAKERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/ SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDERGARMENTS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNIFORMS, SWIM WEAR, BATHING SUITS, SWIMSUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS,

BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SANDALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR WITH WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-30-1969; IN COMMERCE 11-30-1969.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,085,718, 2,120,325 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DETROIT", APART FROM THE MARK AS SHOWN.

SER. NO. 78-509,939, FILED 11-2-2004.

MARY BOAGNI, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# GOLDEN STATE WARRIORS

**Reg. No. 3,718,639**
Registered Dec. 1, 2009

**Int. Cl.: 25**

TRADEMARK
PRINCIPAL REGISTER

GOLDEN STATE WARRIORS, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
1011 BROADWAY
OAKLAND, CA 94607

FOR: CLOTHING, NAMELY, HOSIERY, FOOTWEAR, BASKETBALL SHOES, BASKETBALL SNEAKERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDER-GARMENTS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNIFORMS, SWIM WEAR, BATHING SUITS, SWIMSUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS, BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SANDALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR IN THE NATURE OF HATS, CAPS OR HEADBANDS WITH WIGS ATTACHED SOLD AS A UNIT, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1971; IN COMMERCE 12-31-1971.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,059,621, 2,326,941 AND OTHERS.

SEC. 2(F) AS TO: "GOLDEN STATE".

SER. NO. 78-510,079, FILED 11-2-2004.

JENNIFER VASQUEZ, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,607,613

Registered Apr. 14, 2009

## TRADEMARK
### PRINCIPAL REGISTER



DENVER NUGGETS LIMITED PARTNERSHIP, THE (DELAWARE LIMITED PARTNERSHIP)
1000 CHOPPER PLACE
PEPSI CENTER
DENVER, CO 80204

FOR: CLOTHING, NAMELY, HOSIERY, FOOT-WEAR, BASKETBALL SHOES, BASKETBALL SNEAKERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDERGARMENTS, BOXER SHORTS, SLACKS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNIFORMS,

SWIM WEAR, BATHING SUITS, SWIMSUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS, BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SANDALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR WITH ATTACHED WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-1-2006; IN COMMERCE 11-1-2006.

THE MARK CONSISTS OF TWO CROSSING PICKAXES OVER A BASKETBALL WITH A MOUNTAIN DESIGN ALL INSIDE A CIRCLE.

SN 78-668,814, FILED 7-12-2005.

WILLIAM P. SHANAHAN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,264,484**

**Registered Dec. 25, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

NEW JERSEY BASKETBALL, LLC (NEW JERSEY LIMITED LIABILITY COMPANY)
15 METROTECH CENTER, 11TH FLOOR
BROOKLYN, NY 11201

FOR: CLOTHING, NAMELY, HOSIERY, FOOTWEAR, BASKETBALL SHOES, BASKETBALL SNEAKERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDERGARMENTS, BOXER SHORTS, SLACKS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNIFORMS, SWIM WEAR, BATHING SUITS, SWIMSUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS, BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SANDALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR WITH ATTACHED WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-30-2012; IN COMMERCE 4-30-2012.

OWNER OF U.S. REG. NOS. 2,179,494, 2,265,340 AND OTHERS.

THE MARK CONSISTS OF AN IMAGE OF A SHIELD WITH THE WORD "NETS" ON THE TOP PORTION OF THE SHIELD OVER THE DEPICTION ON THE BOTTOM PART OF THE SHIELD OF A BASKETBALL WITH THE LETTER "B" ON TOP OF THE BASKETBALL.

SER. NO. 85-623,432, FILED 5-11-2012.

MARK SHINER, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,501,347**

**Registered Mar. 25, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHICAGO PROFESSIONAL SPORTS LIMITED PARTNERSHIP (ILLINOIS LIMITED PARTNERSHIP)
1901 WEST MADISON STREET
CHICAGO, IL 60612

FOR: CLOTHING, NAMELY, HOSIERY, FOOTWEAR, BASKETBALL SHOES, BASKETBALL SNEAKERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDER-GARMENTS, BOXER SHORTS, SLACKS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNIFORMS, SWIM WEAR, BATHING SUITS, SWIMSUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS, BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SANDALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR WITH ATTACHED WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-30-1969; IN COMMERCE 11-30-1969.

OWNER OF U.S. REG. NOS. 1,530,949, 2,325,751 AND OTHERS.

THE MARK CONSISTS OF A STYLIZED DEPICTION OF A BULL'S HEAD WITH THE HORNS.

SER. NO. 86-033,709, FILED 8-9-2013.

ALLISON HOLTZ, EXAMINING ATTORNEY

*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,784,171**

**Registered Aug. 4, 2015**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

HORNETS BASKETBALL, LLC (DELAWARE LIMITED LIABILITY COMPANY)
333 EAST TRADE STREET
CHARLOTTE, NC 28202

FOR: CLOTHING, NAMELY, HOSIERY, FOOTWEAR, BASKETBALL SHOES, BASKETBALL SNEAKERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDER-GARMENTS, BOXER SHORTS, SLACKS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNIFORMS, SWIM WEAR, BATHING SUITS, SWIMSUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS, BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SANDALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR WITH ATTACHED WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-18-2014; IN COMMERCE 1-18-2014.

OWNER OF U.S. REG. NOS. 1,649,730, 2,833,167 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CHARLOTTE", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "CHARLOTTE HORNETS" APPEARING IN A STYLIZED FONT ALONG WITH A STYLIZED DESIGN OF A HORNET WITH A BASKET-BALL FORMING PART OF ITS BODY.

SER. NO. 86-149,583, FILED 12-20-2013.

KIM MONINGHOFF, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,778,504**

**Registered July 21, 2015**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

ATLANTA HAWKS, LP (GEORGIA LIMITED PARTNERSHIP)
101 MARIETTA, SUITE 1900
ATLANTA, GA 30303

FOR: CLOTHING, NAMELY, HOSIERY, FOOTWEAR, BASKETBALL SHOES, BASKETBALL SNEAKERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDER-GARMENTS, BOXER SHORTS, SLACKS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNIFORMS, SWIM WEAR, BATHING SUITS, SWIMSUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS, BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SANDALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR WITH ATTACHED WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-2014; IN COMMERCE 9-0-2014.

OWNER OF U.S. REG. NOS. 986,230 AND 1,618,864.

THE MARK CONSISTS OF THE DEPICTION OF THE RIGHT SIDE OF A HAWK'S HEAD INSIDE A SEMI-CIRCLE.

SN 86-267,585, FILED 4-30-2014.

KATHERINE CONNOLLY, EXAMINING ATTORNEY

*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,078,918

Registered Apr. 11, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# DENVER NUGGETS

THE DENVER NUGGETS LIMITED PARTNER-SHIP (DELAWARE LIMITED PARTNERSHIP)
PEPSI CENTER - 1000 CHOPPER PLACE
DENVER, CO 80204

FOR: CLOTHING, NAMELY, HOSIERY, FOOT-WEAR, BASKETBALL SHOES, BASKETBALL SNEA-KERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDERGARMENTS, BOXER SHORTS, SLACKS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WO-VEN AND KNIT SHIRTS, JERSEY DRESSES, DRES-SES, CHEERLEADING DRESSES AND UNIFORMS, SWIM WEAR, BATHING SUITS, SWIMSUITS, BIKI-NIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS, BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATH-ING SUIT WRAPS, SANDALS, BEACH SANDALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATH-ING CAPS, NOVELTY HEADWEAR WITH WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-1-1974; IN COMMERCE 9-1-1974.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,094,036, 1,905,038 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DENVER", APART FROM THE MARK AS SHOWN.

SER. NO. 78-509,918, FILED 11-2-2004.

BARBARA GAYNOR, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 2,179,772

## United States Patent and Trademark Office

Registered Aug. 11, 1998

### TRADEMARK
### PRINCIPAL REGISTER

## MIAMI HEAT

MIAMI HEAT LIMITED PARTNERSHIP (FLORIDA LIMITED PARTNERSHIP)
THE MIAMI ARENA
721 N.W. AVENUE
MIAMI, FL 331364102 , ASSIGNEE OF FLORIDA BASKETBALL ASSOCIATES, INC. (FLORIDA CORPORATION) COCONUT GROVE, FL 33133

FOR: CLOTHING, NAMELY, TEE-SHIRTS, ALL SOLD IN PROMOTION OF, AND IN CONNECTION WITH, THE PROFESSIONAL BASKETBALL TEAM KNOWN AS MIAMI HEAT, OR A PROFESSIONAL BASKETBALL TEAM

WHICH IS THE SUCCESSOR-IN-INTEREST OF THAT NAME, OR A PROFESSIONAL BASKETBALL ASSOCIATION, IN CLASS 25 (U.S. CL. 39).

FIRST USE 6–15–1987; IN COMMERCE 6–15–1987.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MIAMI", APART FROM THE MARK AS SHOWN.

SER. NO. 73–678,053, FILED 8–12–1987.

ESTHER BELENKER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 2,179,772

Registered Aug. 11, 1998

## TRADEMARK
### PRINCIPAL REGISTER

# MIAMI HEAT

MIAMI HEAT LIMITED PARTNERSHIP (FLORIDA LIMITED PARTNERSHIP)
THE MIAMI ARENA
721 N.W. AVENUE
MIAMI, FL 331364102 , ASSIGNEE OF FLORIDA BASKETBALL ASSOCIATES, INC. (FLORIDA CORPORATION) COCONUT GROVE, FL 33133

FOR: CLOTHING, NAMELY, TEE-SHIRTS, ALL SOLD IN PROMOTION OF, AND IN CONNECTION WITH, THE PROFESSIONAL BASKETBALL TEAM KNOWN AS MIAMI HEAT, OR A PROFESSIONAL BASKETBALL TEAM WHICH IS THE SUCCESSOR-IN-INTEREST OF THAT NAME, OR A PROFESSIONAL BASKETBALL ASSOCIATION, IN CLASS 25 (U.S. CL. 39).

FIRST USE 6-15-1987; IN COMMERCE 6-15-1987.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MIAMI", APART FROM THE MARK AS SHOWN.

SER. NO. 73-678,053, FILED 8-12-1987.

ESTHER BELENKER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,513,653
Registered Nov. 22, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## MINNESOTA TIMBERWOLVES

NORTHWEST RACQUET SWIM & HEALTH CLUBS, INC. (MINNESOTA CORPORATION) 5525 CEDAR LAKE ROAD ST. LOUIS PARK, MN 55416

FOR: CLOTHING, NAMELY T-SHIRTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 7–14–1987; IN COMMERCE 7–14–1987.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MINNESOTA", APART FROM THE MARK AS SHOWN.

SER. NO. 678,730, FILED 8–17–1987.

JANICE O'LEAR, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,513,653
Registered Nov. 22, 1988

### TRADEMARK
#### PRINCIPAL REGISTER

## MINNESOTA TIMBERWOLVES

NORTHWEST RACQUET SWIM & HEALTH CLUBS, INC. (MINNESOTA CORPORATION) 5525 CEDAR LAKE ROAD ST. LOUIS PARK, MN 55416

FOR: CLOTHING, NAMELY T-SHIRTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 7-14-1987; IN COMMERCE 7-14-1987.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MINNESOTA", APART FROM THE MARK AS SHOWN.

SER. NO. 678,730, FILED 8-17-1987.

JANICE O'LEAR, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 1,981,366

## United States Patent and Trademark Office

Registered June 18, 1996

## TRADEMARK
### PRINCIPAL REGISTER



PACERS BASKETBALL CORPORATION (INDI-
ANA CORPORATION)
300 E. MARKET STREET
INDIANAPOLIS, IN 46204

FOR: CLOTHING; NAMELY, HOSIERY,
FOOTWEAR, T-SHIRTS, SWEAT SHIRTS,
SWEATPANTS, PANTS, TANK TOPS, JERSEYS,
SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY
SHIRTS, SWEATERS, BELTS, TIES, NIGHT-
SHIRTS, HATS, WARM-UP SUITS, JACKETS,
PARKAS, COATS, CLOTH BIBS, HEAD BANDS
AND WRIST BANDS, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 6–14–1995; IN COMMERCE
6–14–1995.

OWNER OF U.S. REG. NO. 947,777.

SN 74–415,408, FILED 7–22–1993.

JACQUELINE A. LAVINE, EXAMINING AT-
TORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 1,981,366

Registered June 18, 1996

## TRADEMARK
### PRINCIPAL REGISTER



PACERS BASKETBALL CORPORATION (INDI-
ANA CORPORATION)
300 E. MARKET STREET
INDIANAPOLIS, IN 46204

FOR: CLOTHING; NAMELY, HOSIERY,
FOOTWEAR, T-SHIRTS, SWEAT SHIRTS,
SWEATPANTS, PANTS, TANK TOPS, JERSEYS,
SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY
SHIRTS, SWEATERS, BELTS, TIES, NIGHT-
SHIRTS, HATS, WARM-UP SUITS, JACKETS,

PARKAS, COATS, CLOTH BIBS, HEAD BANDS
AND WRIST BANDS, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 6–14–1995; IN COMMERCE
6–14–1995.

OWNER OF U.S. REG. NO. 947,777.

SN 74–415,408, FILED 7–22–1993.

JACQUELINE A. LAVINE, EXAMINING AT-
TORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 1,962,650
Registered Mar. 19, 1996

## TRADEMARK
### PRINCIPAL REGISTER



MIAMI HEAT LIMITED PARTNERSHIP, THE (FLORIDA LIMITED PARTNERSHIP)
MIAMI ARENA, 721 N.W. FIRST AVENUE
MIAMI, FL 33136

FOR: CLOTHING, NAMELY HOSIERY, FOOTWEAR, T-SHIRTS, SWEAT SHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHT-SHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS AND WRIST BANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9–0–1988; IN COMMERCE 9–0–1988.

SER. NO. 74–447,935, FILED 10–18–1993.

ROBERT C. CLARK JR., EXAMINING ATTOR-NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 1,962,650
Registered Mar. 19, 1996

### TRADEMARK
### PRINCIPAL REGISTER



MIAMI HEAT LIMITED PARTNERSHIP, THE (FLORIDA LIMITED PARTNERSHIP)
MIAMI ARENA, 721 N.W. FIRST AVENUE
MIAMI, FL 33136

FOR: CLOTHING, NAMELY HOSIERY, FOOTWEAR, T-SHIRTS, SWEAT SHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHT-SHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS AND WRIST BANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-1988; IN COMMERCE 9-0-1988.

SER. NO. 74-447,935, FILED 10-18-1993.

ROBERT C. CLARK JR., EXAMINING ATTOR-NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 1,962,650
Registered Mar. 19, 1996

### TRADEMARK
### PRINCIPAL REGISTER



MIAMI HEAT LIMITED PARTNERSHIP, THE
(FLORIDA LIMITED PARTNERSHIP)
MIAMI ARENA, 721 N.W. FIRST AVENUE
MIAMI, FL 33136

FOR: CLOTHING, NAMELY HOSIERY, FOOTWEAR, T-SHIRTS, SWEAT SHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHT-SHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS AND WRIST BANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-1988; IN COMMERCE 9-0-1988.

SER. NO. 74-447,935, FILED 10-18-1993.

ROBERT C. CLARK JR., EXAMINING ATTOR-NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,861,210

## United States Patent and Trademark Office

Registered July 6, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## MEMPHIS GRIZZLIES

HOOPS L.P. (PARTNERSHIP)
175 TOYOTA PLAZA, SUITE 150
MEMPHIS, TN 38103

FOR: CLOTHING, NAMELY HOSIERY, FOOT-WEAR, T-SHIRTS, SHIRTS, SWEATSHIRTS, SWEAT-PANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEA-TERS, BELTS, TIES, NIGHTSHIRTS, HATS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS, WRIST BANDS, APRONS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, GLOVES, MITTENS, WOVEN AND KNIT SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-0-2001; IN COMMERCE 10-0-2001.

OWNER OF U.S. REG. NOS. 2,100,590 AND 2,195,663.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MEMPHIS", APART FROM THE MARK AS SHOWN.

SN 78-069,916, FILED 6-19-2001.

PRISCILLA MILTON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,931,889

Registered Mar. 8, 2005

## TRADEMARK
### PRINCIPAL REGISTER



ROCKET BALL, LTD. (TEXAS LIMITED PART-NERSHIP)
2 GREENWAY PLAZA SUITE 400
HOUSTON, TX 77046

FOR: CLOTHING, NAMELY HOSIERY, FOOT-WEAR, BASKETBALL SHOES, BASKETBALL SNEA-KERS, T-SHIRTS, SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, CLOTH BABY BIBS, HEAD BANDS, WRIST BANDS, APRONS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, DRESSES, CHEERLEADING DRESSES AND UNI-FORMS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-1-2004; IN COMMERCE 11-1-2004.

OWNER OF U.S. REG. NOS. 976,164, 2,109,439, AND OTHERS.

SEC. 2(F) AS TO "HOUSTON".

SN 78-267,909, FILED 6-27-2003.

SUSAN HAYASH, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,056,500

Registered Jan. 31, 2006

## TRADEMARK
### PRINCIPAL REGISTER



HOOPS L.P. (DELAWARE LIMITED PARTNER-SHIP)
175 TOYOTA PLAZA, SUITE 150
MEMPHIS, TN 38103

FOR: CLOTHING, NAMELY HOSIERY, FOOT-WEAR, BASKETBALL SHOES, BASKETBALL SNEA-KERS, T-SHIRTS, SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDERGARMENTS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEER-LEADING DRESSES AND UNIFORMS, SWIM WEAR, BATHING SUITS, BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATH SUIT WRAPS, AND BEACH SANDALS, NOVELTY HEADWEAR WITH WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-1-2004; IN COMMERCE 11-1-2004.

OWNER OF U.S. REG. NOS. 2,100,590, 2,538,720, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MEMPHIS", APART FROM THE MARK AS SHOWN.

SN 78-418,869, FILED 5-14-2004.

GEORGE LORENZO, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,035,311

Registered Dec. 27, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# NEW YORK KNICKS

MADISON SQUARE GARDEN, L.P. (DELAWARE
LIMITED PARTNERSHIP)
2 PENNSYLVANIA PLAZA
NEW YORK, NY 10121

FOR: CLOTHING, NAMELY HOSIERY, FOOT-
WEAR, BASKETBALL SHOES, BASKETBALL SNEA-
KERS, T-SHIRTS, SHIRTS, POLO SHIRTS,
SWEATSHIRTS, SWEATPANTS, PANTS, TANK
TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT
SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES,
NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP
SUITS, WARM-UP PANTS, WARM-UP TOPS/
SHOOTING SHIRTS, JACKETS, WIND RESISTANT
JACKETS, PARKAS, COATS, BABY BIBS NOT OF
PAPER, HEAD BANDS, WRIST BANDS, APRONS,
UNDERGARMENTS, BOXER SHORTS, SLACKS,
CAPS, EAR MUFFS, GLOVES, MITTENS, SCARVES,
WOVEN AND KNIT SHIRTS, JERSEY DRESSES,
DRESSES, CHEERLEADING DRESSES AND UNI-
FORMS, SWIM WEAR, BATHING SUITS, SWIM-
SUITS, BIKINIS, TANKINIS, SWIM TRUNKS,

BATHING TRUNKS, BOARD SHORTS, WET SUITS,
BEACH COVER-UPS, BATHING SUIT COVER-UPS,
BATHING SUIT WRAPS, SANDALS, BEACH SAN-
DALS, BEACH HATS, SUN VISORS, SWIM CAPS,
BATHING CAPS, NOVELTY HEADWEAR WITH
WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1947; IN COMMERCE 0-0-1947.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 866,661, 2,563,428 AND
OTHERS.

SEC. 2(F) AS TO NEW YORK.

SER. NO. 78-506,928, FILED 10-27-2004.

MARY ROSSMAN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,081,981

Registered Apr. 18, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# MILWAUKEE BUCKS

MILWAUKEE BUCKS, INC. (WISCONSIN COR-
PORATION)
1001 NORTH 4TH STREET
MILWAUKEE, WI 53203

FOR: CLOTHING, NAMELY HOSIERY, FOOT-
WEAR, BASKETBALL SHOES, BASKETBALL SNEA-
KERS, T-SHIRTS, SHIRTS, POLO SHIRTS,
SWEATSHIRTS, SWEATPANTS, PANTS, TANK
TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT
SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES,
NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP
SUITS, WARM-UP PANTS, WARM-UP TOPS,
SHOOTING SHIRTS, JACKETS, WIND RESISTANT
JACKETS, PARKAS, COATS, BABY BIBS NOT OF
PAPER, HEAD BANDS, WRIST BANDS, APRONS,
UNDERGARMENTS, BOXER SHORTS, SLACKS,
CAPS, EAR MUFFS, GLOVES, MITTENS, SCARVES,
WOVEN AND KNIT SHIRTS, JERSEY DRESSES,
DRESSES, CHEERLEADING DRESSES AND UNI-
FORMS, SWIM WEAR, BATHING SUITS, SWIM-
SUITS, BIKINIS, TANKINIS, SWIM TRUNKS,
BATHING TRUNKS, BOARD SHORTS, WET SUITS,

BEACH COVER-UPS, BATHING SUIT COVER-UPS,
BATHING SUIT WRAPS, SANDALS, BEACH SAN-
DALS, BEACH HATS, SUN VISORS, SWIM CAPS,
BATHING CAPS, NOVELTY HEADWEAR WITH
WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1969.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,621,339, 2,322,826
AND OTHERS.

SEC. 2(F) AS TO "MILWAUKEE".

SER. NO. 78-506,955, FILED 10-27-2004.

BARBARA A. LOUGHRAN, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,095,079

Registered May 23, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# LOS ANGELES LAKERS

THE LOS ANGELES LAKERS, INC. (CALIFOR-NIA CORPORATION)
555 N. NASH STREET
EL SEGUNDO, CA 90245

FOR: CLOTHING, NAMELY HOSIERY, FOOT-WEAR, BASKETBALL SHOES, BASKETBALL SNEA-KERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDERGARMENTS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNI-FORMS, SWIM WEAR, BATHING SUITS, SWIM-SUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS,

BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SAN-DALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR WITH WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-31-1966; IN COMMERCE 10-31-1966.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 921,755, 1,872,549 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LOS ANGELES" , APART FROM THE MARK AS SHOWN.

SER. NO. 78-509,970, FILED 11-2-2004.

DAWN FELDMAN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,035,417

Registered Dec. 27, 2005

### TRADEMARK
### PRINCIPAL REGISTER

# LOS ANGELES CLIPPERS

LAC BASKETBALL CLUB, INC. (CALIFORNIA CORPORATION)
STAPLES CENTER
1111 S. FIGUEROA STREET, SUITE 1100
LOS ANGELES, CA 90015

FOR: CLOTHING, NAMELY HOSIERY, FOOT-WEAR, BASKETBALL SHOES, BASKETBALL SNEA-KERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/ SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDERGARMENTS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNI-FORMS, SWIM WEAR, BATHING SUITS, SWIM-SUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS,

BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SAN-DALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR WITH WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-1-1983; IN COMMERCE 7-1-1983.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,634,168, 1,982,706 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LOS ANGELES", APART FROM THE MARK AS SHOWN.

SER. NO. 78-509,988, FILED 11-2-2004.

SHARI SHEFFIELD, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 3,235,838

Registered May 1, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# HOUSTON ROCKETS

ROCKET BALL, LTD. (TEXAS LIMITED PARTNERSHIP)
TOYOTA CENTER - 1510 POLK STREET
HOUSTON, TX 77002

FOR: CLOTHING, NAMELY HOSIERY, FOOTWEAR, BASKETBALL SHOES, BASKETBALL SNEAKERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEAT PANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDERGARMENTS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNIFORMS, SWIM WEAR, BATHING SUITS, SWIMSUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS, BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SANDALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEAD WEAR WITH WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-20-1972; IN COMMERCE 10-20-1972.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,934,160, 2,961,046 AND OTHERS.

SEC. 2(F) AS TO "HOUSTON".

SER. NO. 78-510,094, FILED 11-2-2004.

KAREN BRACEY, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,100,157

Registered June 6, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# INDIANA PACERS

PACERS BASKETBALL CORPORATION (INDIANA CORPORATION)
125 S. PENNSYLVANIA STREET
INDIANAPOLIS, IN 46204

FOR: CLOTHING, NAMELY HOSIERY, FOOTWEAR, BASKETBALL SHOES, BASKETBALL SNEAKERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/ SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDERGARMENTS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNIFORMS, SWIM WEAR, BATHING SUITS, SWIMSUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS, BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SANDALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR WITH WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-14-1967; IN COMMERCE 10-20-1967.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,783,018, 2,219,852 AND OTHERS.

SEC. 2(F) AS TO "INDIANA".

SER. NO. 78-510,100, FILED 11-2-2004.

PATRICIA EVANKO, EXAMINING ATTORNEY

Int. Cl.: **25**

Prior U.S. Cls.: **22 and 39**

Reg. No. 3,095,083

## United States Patent and Trademark Office

Registered May 23, 2006

### TRADEMARK
#### PRINCIPAL REGISTER



THE LOS ANGELES LAKERS, INC. (CALIFOR-
NIA CORPORATION)
555 NASH STREET
EL SEGUNDO, CA 90245

FOR: CLOTHING, NAMELY HOSIERY, FOOT-
WEAR, BASKETBALL SHOES, BASKETBALL SNEA-
KERS, T-SHIRTS, SHIRTS, POLO SHIRTS,
SWEATSHIRTS, SWEATPANTS, PANTS, TANK
TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT
SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES,
NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP
SUITS, WARM-UP PANTS, WARM-UP TOPS/
SHOOTING SHIRTS, JACKETS, WIND RESISTANT
JACKETS, PARKAS, COATS, BABY BIBS NOT OF
PAPER, HEAD BANDS, WRIST BANDS, APRONS,
UNDERGARMENTS, BOXER SHORTS, SLACKS,
CAPS, EAR MUFFS, GLOVES, MITTENS, SCARVES,
WOVEN AND KNIT SHIRTS, JERSEY DRESSES,
DRESSES, CHEERLEADING DRESSES AND UNI-
FORMS, SWIM WEAR, BATHING SUITS, SWIM-

SUITS, BIKINIS, TANKINIS, SWIM TRUNKS,
BATHING TRUNKS, BOARD SHORTS, WET SUITS,
BEACH COVER-UPS, BATHING SUIT COVER-UPS,
BATHING SUIT WRAPS, SANDALS, BEACH SAN-
DALS, BEACH HATS, SUN VISORS, SWIM CAPS,
BATHING CAPS, NOVELTY HEADWEAR WITH
WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-1-1966; IN COMMERCE 10-1-1966.

OWNER OF U.S. REG. NOS. 921,755, 1,872,549 AND
OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "LOS ANGELES", APART FROM
THE MARK AS SHOWN.

SER. NO. 78-511,085, FILED 11-4-2004.

DAWN FELDMAN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,023,727**

**Registered Sep. 6, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

GOLDEN STATE WARRIORS, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
1011 BROADWAY
OAKLAND, CA 94607

FOR: CLOTHING, NAMELY, HOSIERY, FOOTWEAR, BASKETBALL SHOES, BASKETBALL SNEAKERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDER-GARMENTS, BOXER SHORTS, SLACKS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNIFORMS, SWIM WEAR, BATHING SUITS, SWIMSUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS, BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SANDALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR WITH ATTACHED WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-17-2010; IN COMMERCE 6-17-2010.

THE MARK CONSISTS OF STYLIZED DESIGN OF A SUSPENSION BRIDGE SUPERIMPOSED ON A BASKETBALL APPEARING WITHIN A CIRCLE.

SN 85-076,138, FILED 7-1-2010.

MATTHEW MCDOWELL, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# NEW ORLEANS PELICANS

**Reg. No. 4,632,955**

**Registered Nov. 4, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

NEW ORLEANS PELICANS NBA, LLC (NORTH CAROLINA LIMITED LIABILITY COMPANY)
1250 POYDRAS STREET
NEW ORLEANS, LA 70113

FOR: CLOTHING, NAMELY, HOSIERY, FOOTWEAR, BASKETBALL SHOES, BASKETBALL SNEAKERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDER-GARMENTS, BOXER SHORTS, SLACKS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNIFORMS, SWIM WEAR, BATHING SUITS, SWIMSUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS, BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SANDALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR WITH ATTACHED WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-24-2013; IN COMMERCE 1-24-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NEW ORLEANS", APART FROM THE MARK AS SHOWN.

SN 85-795,164, FILED 12-5-2012.

ELI HELLMAN, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,795,620**

**Registered Aug. 18, 2015**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

NEW ORLEANS PELICANS NBA, LLC (NORTH CAROLINA LIMITED LIABILITY COMPANY)
1250 POYDRAS STREET
NEW ORLEANS, LA 70113

FOR: CLOTHING, NAMELY, HOSIERY, FOOTWEAR, BASKETBALL SHOES, BASKETBALL SNEAKERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDER-GARMENTS, BOXER SHORTS, SLACKS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNIFORMS, SWIM WEAR, BATHING SUITS, SWIMSUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS, BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SANDALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR WITH ATTACHED WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-31-2013; IN COMMERCE 1-31-2013.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NEW ORLEANS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "NEW ORLEANS PELICANS" DEPICTED IN A STYLIZED FONT APPEARING ALONG WITH STYLIZED DESIGNS OF A PELICAN, BAS-KETBALL AND FLEUR-DE-LIS AND ALL CONTAINED WITHIN A STYLIZED CREST OR SHIELD FEATURING A BAR OR BAND AND A SEMICIRCLE.

SN 85-830,098, FILED 1-23-2013.

DOUGLAS LEE, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,087,429**

**Registered Nov. 22, 2016**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

MILWAUKEE BUCKS, LLC (WISCONSIN LIMITED LIABILITY COMPANY)
1001 NORTH 4TH STREET
MILWAUKEE, WI 53203

CLASS 25: Clothing, namely, hosiery, footwear, basketball shoes, basketball sneakers, slippers, T-shirts, shirts, polo shirts, sweatshirts, sweatpants, pants, tank tops, jerseys, shorts, pajamas, sport shirts, rugby shirts, sweaters, belts, ties, nightshirts, hats, caps, visors, warm-up suits, warm-up pants, warm-up tops/shooting shirts, jackets, wind resistant jackets, parkas, coats, baby bibs not of paper, head bands, wrist bands, aprons, undergarments, boxer shorts, slacks, ear muffs, gloves, mittens, scarves, woven and knit shirts, jersey dresses, dresses, cheerleading dresses and uniforms, swim wear, bathing suits, swimsuits, bikinis, tankinis, swim trunks, bathing trunks, board shorts, wet suits, beach cover-ups, bathing suit cover-ups, bathing suit wraps, sandals, beach sandals, beach hats, sun visors, swim caps, bathing caps, novelty headwear with attached wigs

FIRST USE 4-15-2015; IN COMMERCE 4-15-2015

The mark consists of a depiction of the front of a buck's head.

SER. NO. 86-592,800, FILED 04-09-2015
DAVID C I, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.


**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*


**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,120,178**

**Registered Jan. 10, 2017**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

LA CLIPPERS LLC (DELAWARE LIMITED LIABILITY COMPANY)
1111 SOUTH FIGUEROA STREET SUITE 1100
Los Angeles, CA 90015

CLASS 25: Clothing, namely, hosiery, footwear, basketball shoes, basketball sneakers, slippers, T-shirts, shirts, polo shirts, sweatshirts, sweatpants, pants, tank tops, jerseys, shorts, pajamas, sport shirts, rugby shirts, sweaters, belts, ties, nightshirts, hats, caps, visors, warm-up suits, warm-up pants, warm-up tops/shooting shirts, jackets, wind resistant jackets, parkas, coats, baby bibs not of paper, head bands, wrist bands, aprons, undergarments, boxer shorts, slacks, ear muffs, gloves, mittens, scarves, woven and knit shirts, jersey dresses, dresses, cheerleading dresses and uniforms, swim wear, bathing suits, swimsuits, bikinis, tankinis, swim trunks, bathing trunks, board shorts, wet suits, beach cover-ups, bathing suit cover-ups, bathing suit wraps, sandals, beach sandals, beach hats, sun visors, swim caps, bathing caps, novelty headwear with attached wigs

FIRST USE 6-18-2015; IN COMMERCE 6-18-2015

The mark consists of a design of a basketball with the stylized letters "LAC" positioned in the center.

OWNER OF U.S. REG. NO. 4989940, 4989941, 5046582

SER. NO. 86-604,879, FILED 04-21-2015
ALLISON A HOLTZ, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,414,453**

**Registered Feb. 27, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Minnesota Timberwolves Basketball Limited Partnership (MINNESOTA LIMITED PARTNERSHIP)
1725 Roe Crest Drive
North Mankato, MINNESOTA 56002

CLASS 25: Clothing, namely, hosiery, footwear, basketball shoes, basketball sneakers, T-shirts, shirts, polo shirts, sweatshirts, sweatpants, pants, tank tops, jerseys, shorts, pajamas, sport shirts, rugby shirts, sweaters, belts, ties, nightshirts, hats, caps, visors, warm-up suits, warm-up pants, warm-up tops, shooting shirts, jackets, wind resistant jackets, parkas, coats, baby bibs not of paper, head bands, wrist bands, aprons, undergarments, boxer shorts, slacks, ear muffs, gloves, mittens, scarves, woven and knit shirts, jersey dresses, dresses, cheerleading dresses and uniforms, swim wear, bathing suits, swimsuits, bikinis, tankinis, swim trunks, bathing trunks, board shorts, wet suits, beach cover-ups, bathing suit cover-ups, bathing suit wraps, sandals, beach sandals, beach hats, sun visors, swim caps, bathing caps, novelty headwear with attached wigs

FIRST USE 4-11-2017; IN COMMERCE 4-11-2017

The mark consists of a circular design containing the words "MINNESOTA TIMBERWOLVES", and a wolf's head and star inside the depiction of a basketball.

OWNER OF U.S. REG. NO. 3830346, 2606918, 3830348, 3972310, 2648297, 2661674

SEC. 2(F) as to "MINNESOTA"

SER. NO. 87-405,345, FILED 04-10-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cl.: 39

**Reg. No. 1,528,345**

## United States Patent and Trademark Office

Registered Mar. 7, 1989

### TRADEMARK
### PRINCIPAL REGISTER

## ORLANDO MAGIC

ORLANDO MAGIC LTD. (FLORIDA LIMITED PARTNERSHIP)
P.O. BOX 76, SUITE 202
13 WEST PINE STREET
ORLANDO, FL 32802 , ASSIGNEE OF PILLAR-BRYTON SPORTS, INC. (FLORIDA CORPORATION) ORLANDO, FL 32802

FOR: CLOTHING, NAMELY, TEE SHIRTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 6–15–1987; IN COMMERCE 6–15–1987.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ORLANDO", APART FROM THE MARK AS SHOWN.

SER. NO. 677,419, FILED 8–10–1987.

LAURIE WHITAKER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,528,345
Registered Mar. 7, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## ORLANDO MAGIC

ORLANDO MAGIC LTD. (FLORIDA LIMITED PARTNERSHIP)
P.O. BOX 76, SUITE 202
13 WEST PINE STREET
ORLANDO, FL 32802 , ASSIGNEE OF PILLAR-BRYTON SPORTS, INC. (FLORIDA CORPORATION) ORLANDO, FL 32802

FOR: CLOTHING, NAMELY, TEE SHIRTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 6–15–1987; IN COMMERCE 6–15–1987.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ORLANDO", APART FROM THE MARK AS SHOWN.

SER. NO. 677,419, FILED 8–10–1987.

LAURIE WHITAKER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 1,978,656
Registered June 4, 1996

## TRADEMARK
### PRINCIPAL REGISTER



JAZZ BASKETBALL INVESTORS, INC. (UTAH CORPORATION)
DELTA CENTER
301 WEST SOUTH TEMPLE
SALT LAKE CITY, UT 84101

FOR: CLOTHING, NAMELY, HOSIERY, FOOTWEAR, T-SHIRTS, SWEAT SHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHT-SHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS AND WRIST BANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1995; IN COMMERCE 5-0-1995.

OWNER OF U.S. REG. NO. 1,654,958.

SN 74-410,131, FILED 7-8-1993.

ROBERT C. CLARK JR., EXAMINING ATTOR-NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 1,978,656
Registered June 4, 1996

## TRADEMARK
### PRINCIPAL REGISTER



JAZZ BASKETBALL INVESTORS, INC. (UTAH CORPORATION)
DELTA CENTER
301 WEST SOUTH TEMPLE
SALT LAKE CITY, UT 84101

FOR: CLOTHING, NAMELY, HOSIERY, FOOTWEAR, T-SHIRTS, SWEAT SHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHT-SHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS AND WRIST BANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-0-1995; IN COMMERCE 5-0-1995.

OWNER OF U.S. REG. NO. 1,654,958.

SN 74-410,131, FILED 7-8-1993.

ROBERT C. CLARK JR., EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,882,292
Registered Mar. 7, 1995

## TRADEMARK
### PRINCIPAL REGISTER



PHOENIX SUNS LIMITED PARTNERSHIP (DELAWARE LIMITED PARTNERSHIP)
201 EAST JEFFERSON
PHOENIX, AZ 85004

FOR: CLOTHING; NAMELY, HOSIERY, FOOTWEAR, T-SHIRTS, SWEAT SHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHT-SHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS AND WRIST BANDS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 11–1–1992; IN COMMERCE 11–1–1992.

OWNER OF U.S. REG. NOS. 1,597,559 AND 1,597,865.

SER. NO. 74–436,223, FILED 9–16–1993.

LYNN A. LUTHEY, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

## United States Patent and Trademark Office

Reg. No. 1,882,292
Registered Mar. 7, 1995

## TRADEMARK
### PRINCIPAL REGISTER



PHOENIX SUNS LIMITED PARTNERSHIP
(DELAWARE LIMITED PARTNERSHIP)
201 EAST JEFFERSON
PHOENIX, AZ 85004

FOR: CLOTHING; NAMELY, HOSIERY, FOOTWEAR, T-SHIRTS, SWEAT SHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHT-SHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS AND WRIST BANDS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 11-1-1992; IN COMMERCE 11-1-1992.

OWNER OF U.S. REG. NOS. 1,597,559 AND 1,597,865.

SER. NO. 74-436,223, FILED 9-16-1993.

LYNN A. LUTHEY, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,322,650

Registered Feb. 29, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## TORONTO RAPTORS

MAPLE LEAF SPORTS & ENTERTAINMENT LTD. (CANADA CORPORATION)
60 CARLTON STREET
TORONTO, ONTARIO, CANADA M5B 1L1 , BY ASSIGNMENT NBA PROPERTIES, INC. (NEW YORK CORPORATION) NEW YORK, NY 10022

FOR: CLOTHING; NAMELY, HOSIERY, FOOTWEAR, T-SHIRTS, SWEATSHIRTS, SWEAT PANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORTS SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS,

HEAD BANDS, WRIST BANDS, APRONS, BOXER SHORTS, SLACKS, CAPS, INFANTWEAR, EAR MUFFS, AND GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-1995; IN COMMERCE 11-0-1995.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TORONTO", APART FROM THE MARK AS SHOWN.

SER. NO. 74-489,466, FILED 2-14-1994.

JOAN LESLIE BISHOP, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,322,650

Registered Feb. 29, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## TORONTO RAPTORS

MAPLE LEAF SPORTS & ENTERTAINMENT LTD. (CANADA CORPORATION)
60 CARLTON STREET
TORONTO, ONTARIO, CANADA M5B 1L1 , BY ASSIGNMENT NBA PROPERTIES, INC. (NEW YORK CORPORATION) NEW YORK, NY 10022

FOR: CLOTHING; NAMELY, HOSIERY, FOOTWEAR, T-SHIRTS, SWEATSHIRTS, SWEAT PANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORTS SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS, WRIST BANDS, APRONS, BOXER SHORTS, SLACKS, CAPS, INFANTWEAR, EAR MUFFS, AND GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11–0–1995; IN COMMERCE 11–0–1995.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TORONTO", APART FROM THE MARK AS SHOWN.

SER. NO. 74–489,466, FILED 2–14–1994.

JOAN LESLIE BISHOP, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,219,219**

## United States Patent and Trademark Office

Registered Jan. 19, 1999

### TRADEMARK
#### PRINCIPAL REGISTER

## WASHINGTON WIZARDS

WASHINGTON BULLETS L.P. (D.C. LIMITED PARTNERSHIP)
ONE HARRY S. TRUMAN DR.
LANDOVER, MD 20785 BY ASSIGNMENT, AS-SIGNMENT AND ASSIGNMENT FROM CAP-ITAL BULLETS BASKETBALL CLUB, INC. (MARYLAND CORPORATION) LANDOVER, MD 20785

FOR: CLOTHING, NAMELY, HOSIERY, FOOTWEAR, T-SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHT-SHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS, WRIST BANDS, APRONS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, AND GLOVES, ALL RELATING TO OR PROMOTING THE SPORT OF BASKETBALL, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5–15–1997; IN COMMERCE 5–15–1997.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WASHINGTON" , APART FROM THE MARK AS SHOWN.

SN 75–051,423, FILED 1–31–1996.

MICHELLE S. WISEMAN, EXAMINING AT-TORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,219,219**

## United States Patent and Trademark Office

Registered Jan. 19, 1999

### TRADEMARK
#### PRINCIPAL REGISTER

## WASHINGTON WIZARDS

WASHINGTON BULLETS L.P. (D.C. LIMITED PARTNERSHIP)
ONE HARRY S. TRUMAN DR.
LANDOVER, MD 20785 BY ASSIGNMENT, AS-SIGNMENT AND ASSIGNMENT FROM CAP-ITAL BULLETS BASKETBALL CLUB, INC. (MARYLAND CORPORATION) LANDOVER, MD 20785

FOR: CLOTHING, NAMELY, HOSIERY, FOOTWEAR, T-SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHT-SHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS,

WRIST BANDS, APRONS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, AND GLOVES, ALL RELATING TO OR PROMOTING THE SPORT OF BASKETBALL, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-15-1997; IN COMMERCE 5-15-1997.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WASHINGTON", APART FROM THE MARK AS SHOWN.

SN 75-051,423, FILED 1-31-1996.

MICHELLE S. WISEMAN, EXAMINING AT-TORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,571,959

**United States Patent and Trademark Office** Registered May 21, 2002

## TRADEMARK
### PRINCIPAL REGISTER



ORLANDO MAGIC, LTD. (FLORIDA LIMITED PARTNERSHIP)
ONE MAGIC PLACE
600 WEST AMELIA
ORLANDO, FL 32801

FOR: CLOTHING, NAMELY, HOSIERY, FOOT-WEAR, T-SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS, WRIST BANDS, APRONS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, GLOVES,

WOVEN AND KNIT SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-27-2000; IN COMMERCE 6-27-2000.

OWNER OF U.S. REG. NOS. 1,523,570, 1,985,838, AND OTHERS.

SEC. 2(F) AS TO "ORLANDO".

SN 75-868,573, FILED 12-8-1999.

GIANCARLO CASTRO, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,571,959**

## United States Patent and Trademark Office

Registered May 21, 2002

### TRADEMARK
#### PRINCIPAL REGISTER



ORLANDO MAGIC, LTD. (FLORIDA LIMITED PARTNERSHIP)
ONE MAGIC PLACE
600 WEST AMELIA
ORLANDO, FL 32801

FOR: CLOTHING, NAMELY, HOSIERY, FOOT-WEAR, T-SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS, WRIST BANDS, APRONS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, GLOVES,

WOVEN AND KNIT SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-27-2000; IN COMMERCE 6-27-2000.

OWNER OF U.S. REG. NOS. 1,523,570, 1,985,838, AND OTHERS.

SEC. 2(F) AS TO "ORLANDO".

SN 75-868,573, FILED 12-8-1999.

GIANCARLO CASTRO, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

### OKLAHOMA CITY THUNDER

**Reg. No. 3,958,194**
**Registered May 10, 2011**
**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE PROFESSIONAL BASKETBALL CLUB, LLC (OKLAHOMA LIMITED LIABILITY COMPANY)
SUITE 300
211 N. ROBINSON
OKLAHOMA CITY, OK 73102

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDERGARMENTS, BOXER SHORTS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNIFORMS, SWIM WEAR, BATHING SUITS, SWIMSUITS, SWIM TRUNKS, SUN VISORS, NOVELTY HEADWEAR WITH ATTACHED WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-29-2008; IN COMMERCE 10-29-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OKLAHOMA CITY", APART FROM THE MARK AS SHOWN.

SN 77-531,204, FILED 7-25-2008.

DANNEAN HETZEL, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,826,994**

**Registered Aug. 3, 2010**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

TRAIL BLAZERS, INC. (OREGON CORPORATION)
SUITE 200
1 CENTER COURT
PORTLAND, OR 97227

FOR: CLOTHING, NAMELY, HOSIERY, FOOTWEAR, BASKETBALL SHOES, BASKETBALL SNEAKERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDER-GARMENTS, BOXER SHORTS, SLACKS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNIFORMS, SWIM WEAR, BATHING SUITS, SWIMSUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS, BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SANDALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR WITH ATTACHED WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-1-2005; IN COMMERCE 11-1-2005.

OWNER OF U.S. REG. NOS. 2,952,294 AND 3,100,140.

THE MARK CONSISTS OF THE WORDS "PORTLAND TRAIL BLAZERS" AND DESIGN. THE TERM "PORTLAND" APPEARS ABOVE THE LINED CIRCULAR DESIGN. THE WORDING "TRAIL BLAZERS" APPEARS BELOW THE DESIGN.

SEC. 2(F) AS TO: "PORTLAND".

SER. NO. 77-747,861, FILED 5-29-2009.

MARLENE BELL, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 2,834,622**

Registered Apr. 20, 2004

## TRADEMARK
### PRINCIPAL REGISTER



SAN ANTONIO SPURS, L.L.C. (TEXAS LTD LIAB CO)
SBC CENTER, ONE SBC CENTER PARKWAY
SAN ANTONIO, TX 78219

FOR: CLOTHING, NAMELY HOSIERY, FOOT-WEAR, BASKETBALL SHOES, BASKETBALL SNEA-KERS, T-SHIRTS, SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, CLOTH BABY BIBS, HEAD BANDS, WRIST BANDS, APRONS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, DRESSES, CHEERLEADING DRESSES AND UNI-FORMS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-2002; IN COMMERCE 6-0-2002.

OWNER OF U.S. REG. NOS. 1,120,727, 2,519,992 AND OTHERS.

SER. NO. 78-250,733, FILED 5-16-2003.

DORITT L. CARROLL, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,045,529

## United States Patent and Trademark Office

Registered Jan. 17, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# PHOENIX SUNS

PHOENIX SUNS LIMITED PARTNERSHIP (DE-LAWARE LIMITED PARTNERSHIP)
PHOENIX SUNS PLAZA
201 EAST JEFFERSON STREET
PHOENIX, AZ 85004

FOR: CLOTHING, NAMELY HOSIERY, FOOT-WEAR, BASKETBALL SHOES, BASKETBALL SNEA-KERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/ SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDERGARMENTS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNI-FORMS, SWIM WEAR, BATHING SUITS, SWIM-SUITS, BIKINIS, TANKINIS, SWIM TRUNKS,

BATHING TRUNKS, BOARD SHORTS, WET SUITS, BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SAN-DALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR WITH WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-1969; IN COMMERCE 11-0-1969.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,227,524, 2,857,254 AND OTHERS.

SEC. 2(F) AS TO "PHOENIX" .

SER. NO. 78-506,948, FILED 10-27-2004.

KEVIN DINALLO, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,285,491

Registered Aug. 28, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# PHILADELPHIA 76ERS

PHILADELPHIA 76ERS L.P. (DELAWARE LIMITED PARTNERSHIP)
3601 S. BROAD STREET
PHILADELPHIA, PA 19148

FOR: CLOTHING, NAMELY HOSIERY, FOOTWEAR, BASKETBALL SHOES, BASKETBALL SNEAKERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDERGARMENTS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNIFORMS, SWIM WEAR, BATHING SUITS, SWIM-SUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS, BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SANDALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR WITH WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-6-1967; IN COMMERCE 11-6-1967.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,524,616 AND 2,232,740.

SER. NO. 78-506,965, FILED 10-27-2004.

RAUL CORDOVA, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,100,140

Registered June 6, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# PORTLAND TRAIL BLAZERS

TRAIL BLAZERS, INC. (OREGON CORPORA-
TION)
SUITE 200
ONE CENTER COURT
PORTLAND, OR 97227

FOR: CLOTHING, NAMELY HOSIERY, FOOT-
WEAR, BASKETBALL SHOES, BASKETBALL SNEA-
KERS, T-SHIRTS, SHIRTS, POLO SHIRTS,
SWEATSHIRTS, SWEATPANTS, PANTS, TANK
TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT
SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES,
NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP
SUITS, WARM-UP PANTS, WARM-UP TOPS/
SHOOTING SHIRTS, JACKETS, WIND RESISTANT
JACKETS, PARKAS, COATS, BABY BIBS NOT OF
PAPER, HEAD BANDS, WRIST BANDS, APRONS,
UNDERGARMENTS, BOXER SHORTS, SLACKS,
CAPS, EAR MUFFS, GLOVES, MITTENS, SCARVES,
WOVEN AND KNIT SHIRTS, JERSEY DRESSES,
DRESSES, CHEERLEADING DRESSES AND UNI-
FORMS, SWIM WEAR, BATHING SUITS, SWIM-
SUITS, BIKINIS, TANKINIS, SWIM TRUNKS,

BATHING TRUNKS, BOARD SHORTS, WET SUITS,
BEACH COVER-UPS, BATHING SUIT COVER-UPS,
BATHING SUIT WRAPS, SANDALS, BEACH SAN-
DALS, BEACH HATS, SUN VISORS, SWIM CAPS,
BATHING CAPS, NOVELTY HEADWEAR WITH
ATTACHED WIGS, IN CLASS 25 (U.S. CLS. 22 AND
39).

FIRST USE 2-6-1970; IN COMMERCE 2-6-1970.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,752,900, 2,968,037
AND OTHERS.

SEC. 2(F) AS TO "PORTLAND".

SER. NO. 78-506,978, FILED 10-27-2004.

ROBERT C. CLARK JR., EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,097,485

Registered May 30, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# SACRAMENTO KINGS

SACRAMENTO KINGS LIMITED PARTNER-SHIP, L.P. (CALIFORNIA LIMITED PART-NERSHIP)
SUITE 200
ARCO ARENA - ONE SPORTS PARKWAY
SACRAMENTO, CA 95834

FOR: CLOTHING, NAMELY HOSIERY, FOOT-WEAR, BASKETBALL SHOES, BASKETBALL SNEA-KERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDERGARMENTS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNI-FORMS, SWIM WEAR, BATHING SUITS, SWIM-SUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS, BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SAN-DALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR WITH WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-1985; IN COMMERCE 11-0-1985.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,311,180, 2,653,581 AND OTHERS.

SEC. 2(F) AS TO "SACRAMENTO".

SER. NO. 78-507,002, FILED 10-27-2004.

CURTIS FRENCH, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,235,836

Registered May 1, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# SAN ANTONIO SPURS

SAN ANTONIO SPURS, L.L.C. (TEXAS LTD LIAB CO)
SBC CENTER - ONE SBC CENTER PARKWAY
SAN ANTONIO, TX 78219

FOR: CLOTHING, NAMELY HOSIERY, FOOT-WEAR, BASKETBALL SHOES, BASKETBALL SNEA-KERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/ SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDERGARMENTS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNI-FORMS, SWIM WEAR, BATHING SUITS, SWIM-SUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS, BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SAN-DALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR WITH WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-0-1989; IN COMMERCE 7-0-1989.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,120,727, 2,534,168 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SAN ANTONIO", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "SAN ANTONIO".

SER. NO. 78-507,010, FILED 10-27-2004.

PAUL E. FAHRENKOPF, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 3,084,689

Registered Apr. 25, 2006

TRADEMARK
PRINCIPAL REGISTER

# UTAH JAZZ

JAZZ BASKETBALL INVESTORS, INC. (UTAH CORPORATION)
DELTA CENTER - 301 WEST SOUTH TEMPLE
SALT LAKE CITY, UT 84101

FOR: CLOTHING, NAMELY HOSIERY, FOOT-WEAR, BASKETBALL SHOES, BASKETBALL SNEA-KERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDERGARMENTS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNI-FORMS, SWIM WEAR, BATHING SUITS, SWIM-SUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS,

BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SAN-DALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR WITH ATTACHED WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-1979; IN COMMERCE 11-0-1979.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,224,827, 2,131,055 AND OTHERS.

SEC. 2(F) "UTAH" .

SER. NO. 78-507,018, FILED 10-27-2004.

SKYE YOUNG, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,280,347**

**Registered Jan. 22, 2013**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

WASHINGTON BULLETS, L.P. (D.C. LIMITED PARTNERSHIP)
601 F STREET, N.W.
WASHINGTON, DC 20004

FOR: CLOTHING, NAMELY, HOSIERY, FOOTWEAR, BASKETBALL SHOES, BASKETBALL SNEAKERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDER-GARMENTS, BOXER SHORTS, SLACKS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNIFORMS, SWIM WEAR, BATHING SUITS, SWIMSUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS, BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SANDALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR WITH ATTACHED WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-2011; IN COMMERCE 12-31-2011.

THE MARK CONSISTS OF THE DEPICTION OF A BASKETBALL WITH A DEPICTION OF AN OBELISK MONUMENT INSIDE THE CENTER OF THE BALL WITH A FIVE POINT STAR ATOP THE MONUMENT ALL WITHIN THE BORDER OF THE BASKETBALL.

SN 85-316,743, FILED 5-10-2011.

JEFFREY LOOK, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,099,180**

**Registered Feb. 14, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

MSG HOLDINGS, L.P. (DELAWARE LIMITED PARTNERSHIP)
TWO PENN PLAZA
NEW YORK, NY 10121

FOR: CLOTHING, NAMELY HOSIERY, FOOTWEAR, BASKETBALL SHOES, BASKETBALL SNEAKERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDER-GARMENTS, BOXER SHORTS, SLACKS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNIFORMS, SWIM WEAR, BATHING SUITS, SWIMSUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS, BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SANDALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR WITH ATTACHED WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-28-1995; IN COMMERCE 10-28-1995.

OWNER OF U.S. REG. NOS. 1,768,640, 3,035,311 AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED WORDS NEW YORK KNICKS OVER THE DE-PICTION OF A BASKETBALL ALL OVER AN UPSIDE DOWN TRIANGLE.

SEC. 2(F).

SER. NO. 85-423,362, FILED 9-15-2011.

GEORGE LORENZO, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,257,744**

**Registered Dec. 11, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE PROFESSIONAL BASKETBALL CLUB, LLC (OKLAHOMA LIMITED LIABILITY COMPANY)
211 N. ROBINSON
OKLAHOMA CITY, OK 73102

FOR: CLOTHING, NAMELY HOSIERY, FOOTWEAR, BASKETBALL SHOES, BASKETBALL SNEAKERS, T-SHIRTS, SHIRTS, POLO SHIRTS, SWEATSHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, CAPS, VISORS, WARM-UP SUITS, WARM-UP PANTS, WARM-UP TOPS/SHOOTING SHIRTS, JACKETS, WIND RESISTANT JACKETS, PARKAS, COATS, BABY BIBS NOT OF PAPER, HEAD BANDS, WRIST BANDS, APRONS, UNDER-GARMENTS, BOXER SHORTS, SLACKS, EAR MUFFS, GLOVES, MITTENS, SCARVES, WOVEN AND KNIT SHIRTS, JERSEY DRESSES, DRESSES, CHEERLEADING DRESSES AND UNIFORMS, SWIM WEAR, BATHING SUITS, SWIMSUITS, BIKINIS, TANKINIS, SWIM TRUNKS, BATHING TRUNKS, BOARD SHORTS, WET SUITS, BEACH COVER-UPS, BATHING SUIT COVER-UPS, BATHING SUIT WRAPS, SANDALS, BEACH SANDALS, BEACH HATS, SUN VISORS, SWIM CAPS, BATHING CAPS, NOVELTY HEADWEAR WITH ATTACHED WIGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-8-2008; IN COMMERCE 10-8-2008.

OWNER OF U.S. REG. NOS. 3,880,479, 3,880,480, AND 3,880,481.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OKC", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE TERM "OKC" APPEARING IN A STYLIZED FONT ALONG WITH A STYLIZED DESIGN OF A CREST OR SHIELD, A PARTIAL DESIGN OF A BASKET-BALL AND LINES THAT INDICATE MOTION OR MOVEMENT.

SER. NO. 85-643,680, FILED 6-5-2012.

KAREN K. BUSH, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

>*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

>*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

>You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,649,497**

**Registered Jan. 08, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Philadelphia 76ers L.P.  (DELAWARE LIMITED PARTNERSHIP)
3601 S. Broad Street
Philadelphia, PENNSYLVANIA 19148

CLASS 25: Clothing, namely, hosiery, footwear, basketball shoes, basketball sneakers, T-shirts, shirts, polo shirts, sweatshirts, sweatpants, pants, tank tops, jerseys, shorts, pajamas, sport shirts, rugby shirts, sweaters, belts, ties, nightshirts, hats, caps, visors, warm-up suits, warm-up pants, warm-up tops/shooting shirts, jackets, wind resistant jackets, parkas, coats, baby bibs not of paper, head bands, wrist bands, aprons, undergarments, boxer shorts, slacks, ear muffs, gloves, mittens, scarves, woven and knit shirts, jersey dresses, dresses, cheerleading dresses and uniforms, swim wear, bathing suits, swimsuits, bikinis, tankinis, swim trunks, bathing trunks, board shorts, wet suits, beach cover-ups, bathing suit cover-ups, bathing suit wraps, sandals, beach sandals, beach hats, sun visors, swim caps, bathing caps, novelty headwear with attached wigs

FIRST USE 7-00-2009; IN COMMERCE 7-00-2009

The mark consists of the stylized numeral "76" with a series of five pointed stars arranged in a circle and positioned above the number "7".

SER. NO. 86-622,728, FILED 05-07-2015

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,413,489**

**Registered Feb. 27, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Sacramento Kings Limited Partnership, LP (CALIFORNIA LIMITED PARTNERSHIP)
1 Sports Parkway
Sacramento, CALIFORNIA 95834

CLASS 25: Clothing, namely, hosiery, footwear, basketball shoes, basketball sneakers, T-shirts, shirts, polo shirts, sweatshirts, sweatpants, pants, tank tops, jerseys, shorts, pajamas, sport shirts, rugby shirts, sweaters, belts, ties, nightshirts, hats, caps, visors, warm-up suits, warm-up pants, warm-up tops/shooting shirts, jackets, wind resistant jackets, parkas, coats, baby bibs not of paper, head bands, wrist bands, aprons, undergarments, boxer shorts, slacks, ear muffs, gloves, mittens, scarves, woven and knit shirts, jersey dresses, dresses, cheerleading dresses and uniforms, swim wear, bathing suits, swimsuits, bikinis, tankinis, swim trunks, bathing trunks, board shorts, wet suits, beach cover-ups, bathing suit cover-ups, bathing suit wraps, sandals, beach sandals, beach hats, sun visors, swim caps, bathing caps, novelty headwear with attached wigs

FIRST USE 4-26-2016; IN COMMERCE 4-26-2016

The mark consists of "SACRAMENTO KINGS" with crown and ball design.

OWNER OF U.S. REG. NO. 1898173, 3097485, 2004672

SEC. 2(F) as to "SACRAMENTO"

SER. NO. 87-010,748, FILED 04-22-2016



Director of the United States
Patent and Trademark Office

<div style="border:1px solid">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,277,152**

**Registered Aug. 29, 2017**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

NBA Properties, Inc. (NEW YORK CORPORATION)
Olympic Tower
645 Fifth Avenue
New York, NY 10022

CLASS 25: Clothing, namely, hosiery, footwear, basketball shoes, basketball sneakers, slippers, T-shirts, shirts, polo shirts, sweatshirts, sweatpants, pants, tank tops, jerseys, shorts, pajamas, sport shirts, rugby shirts, sweaters, belts, ties, nightshirts, hats, caps, visors, warm-up suits, warm-up pants, warm-up tops being shooting shirts, jackets, wind resistant jackets, parkas, coats, baby bibs not of paper, head bands, wrist bands, aprons, undergarments, boxer shorts, slacks, ear muffs, gloves, mittens, scarves, woven and knit shirts, jersey dresses, dresses, cheerleading dresses and uniforms, swim wear, bathing suits, swimsuits, bikinis, tankinis, swim trunks, bathing trunks, board shorts, wet suits, beach cover-ups, bathing suit cover-ups, bathing suit wraps, sandals, beach sandals, beach hats, sun visors, swim caps, bathing caps, novelty headwear with attached wigs

FIRST USE 6-1-2004; IN COMMERCE 6-1-2004

The mark consists of a square base supporting a basketball hoop topped by a basketball.

OWNER OF U.S. REG. NO. 3139918, 3199387, 3146338

SEC.2(F)

SER. NO. 86-841,256, FILED 12-07-2015
SHAUNIA P CARLYLE, EXAMINING ATTORNEY



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.