IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NBA PROPERTIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DONGGUAN ALLEN HOUSE OF JEWELRY & FINDINGS CO., LTD., et al., <br><br> Defendants. | Case No. 22-cv-07107 <br><br> **Judge Joan B. Gottschall** <br><br> **Magistrate Judge Sheila M. Finnegan** |

## STATUS REPORT

Pursuant to this Court's Order [45], Plaintiff NBA Properties, Inc. ("Plaintiff") submits the following status report.

Defendants were served on January 26, 2023, and February 6, 2023. *See* [47] and [48]. Plaintiff is in active settlement negotiations with multiple Defendants. Defendant CameCosy has appeared in this case. [49]. However, the parties have since reached settlement. Pursuant to the agreements reached between the parties, Plaintiff intends to file an Agreed Motion for Entry of a Consent Judgment as to all Defendants that it has settled with concurrently with a filing for Motion for Entry of Default and Default Judgment as to any remaining Defendants.

No other Defendants have appeared or have otherwise indicated that they plan to file a responsive pleading. At this time, Plaintiff does not believe a case management plan is necessary.

Plaintiff anticipate moving for Consent Judgment as well as Default and Default Judgment shortly.

Dated this 24th day of March 2023.	Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Kahlia R. Halpern
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
khalpern@gbc.law

*Attorneys for Plaintiff NBA Properties, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website to which the Domain Names that have been transferred to Plaintiff's control now redirect, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Kahlia R. Halpern
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
khalpern@gbc.law

*Attorneys for Plaintiff NBA Properties, Inc.*