# Exhibit A

| | |
|---|---|
| Guangzhou Baixin Jewelry Co., Ltd. | admin@besterjewelry.com |
| Yiwu Qiyue Import & Export Co., Ltd. | annalou@yiwuqiyue.com |
| Zhangpu Duxun Town Zhuyin Bags And Suitcases Shop | keweimin@guccijewely.com |
| Yiwu Ouyinghua Crafts Co., Ltd. | oscarwujewelry@gmail.com |
| Dongguan Allen House Of Jewelry & Findings Co., Ltd. | yesallenwoo@yahoo.com |
| YANAGUN Official Store | 1176357929@qq.com |
| foci cozi Official Store | 13867922593@163.com |
| SDD05 Store | 17134473609@sohu.com |
| ShineWorld Store | 2244958068@qq.com |
| JOJO Jewerly Store | 2463188376@qq.com |
| TGC1314 Store | 278805923@qq.com |
| Shop5124193 Store | 3180623087@qq.com |
| pc gaming mats Store | 3540788427@qq.com |
| Shop911125170 Store | 598587234@qq.com |
| RAL Gamer Store | 640822315@qq.com |
| Zeng Yuerong Store | 765712577@qq.com |
| Shop1102203270 Store | a15920659482@163.com |
| Shop1100271224 Store | aik1519@163.com |
| DA HA Store | ao24922@163.com |
| syndra shirt Store | as13724yang1@163.com |
| Jersey head office Store | b13929504334@163.com |
| Blanket001 Store | cmc6623@163.com |
| Shop1102111504 Store | ctjx02@foxmail.com |
| Shop1102199096 Store | cui4qn@163.com |
| Pig Wall Signs Store | cvdfgtg52989@163.com |
| High quality clothing 4X Store | cx33934@163.com |
| CX5 High end clothing Store | cx33955@163.com |
| ODYJ Store | dayeji409@qq.com |
| NGHN TN Store | ddlingyue88@163.com |
| 100% cotton T-shirt 68 Store | dk89451421@163.com |
| Shop1102192327 Store | drz55711@163.com |
| Gangzi Store | g13998377474@163.com |
| PANGKB Official Store | gaohongwei8@hotmail.com |
| rricowees Official Store | gooday2021@yeah.net |
| JEUNE&GIN Store | gooser@yeah.net |
| Shop1102128336 Store | gyszmx527@163.COM |
| kenj Store | hanao10876@163.com |

| | |
|---|---|
| oeny Factory Jewellry Store | hhmbs123@sina.com |
| Shop5430209 Store | hmhshzj@126.com |
| Shop911379125 Store | hts202041@163.com |
| Conbo-Fashion Store | hts2121@163.com |
| Shop1102182584 Store | huangjb999@aliyun.com |
| xmpcw006 Store | i13799775217@163.com |
| KHT Store | i5ua43@163.com |
| HUAI2022 Store | ivuse31@163.com |
| Shop1100312125 Store | j1119208916@163.com |
| JJ302 Store | jiao3302jiao@163.com |
| JJ777 Store | jiao3307jiao@163.com |
| Shop1102152272 Store | jingjingadming4@163.com |
| Shop1102174633 Store | jingjingadming9@163.com |
| Tino Kino HZ1 Store | johonyyibeixing@163.com |
| Shop1100386929 Store | kkt40q@163.com |
| Shop1100290172 Store | kristin5315@163.com |
| SimonYao Store | laoyaoyifu04@aliyun.com |
| Shop1102192349 Store | liangdong7953@163.com |
| Shop1102153675 Store | ligen1122338899@126.com |
| KDH.6 Store | lingchuan576n@163.com |
| Blanket004 Store Store | liuwei19880826@163.com |
| Daily Discounts Store | mayangqiu@outlook.com |
| High quality clothing M3 Store | ml33933@163.com |
| GENOVO Store1898 Store | mpart1979@163.com |
| Shop910747155 Store | mzzy4u@163.com |
| NICE2022 Store | namyk15@163.com |
| sevenNN Store | nan2207nan@163.com |
| NingsevenNV Store | ning007nvshi@163.com |
| Shop1102056553 Store | nnl7yn@163.com |
| Shop1102061439 Store | oag7ae@163.com |
| Q&Q Store | oubao908158@aliyun.com |
| Musical-Dream Store | paulzoe666@gmail.com |
| Shop1102057998 Store | pud37y@163.com |
| Pink Champagne oficial Store | pujianganhe202011@163.com |
| ZKH.11 Store | q1qa98@163.com |
| Shop1100388985 Store | qgv1yu@163.com |
| Shop1102166426 Store | qjd05y@163.com |
| OnlyFun Store | qlsl063@163.com |
| RomanHoliday Store | qlsl104@163.com |
| Shop1100080371 Store | qlsl176@163.com |
| Streetwear01 Store | randall2021@yeah.net |

| | |
|---|---|
| LINSESS Store | rs5122783@163.com |
| GaG Store | sanxing402@aliyun.com |
| Shop1102056521 Store | smf82f@163.com |
| Touds Store | smt203bbb@163.com |
| xinyuanfashion Store | smtxinyuan1@163.com |
| Muyou_apo_s shop Store | subeauty21721@126.com |
| tang ya Store | svkume@163.com |
| Shop1102055487 Store | svn55h@163.com |
| Boys shirt Store | t2762897377@163.com |
| Shop1102191338 Store | uei03782@163.com |
| KAERY Store | wgdbrw@163.com |
| SiliconeCase Store | wholesalecovers@163.com |
| HUAIYING Store | wjuse37@163.com |
| Goddess Story Card Shop Store | wjw140721@163.com |
| Shop1100174241 Store | wklfl5325597@163.com |
| Shop110061 Store | wozaitiantang061@163.com |
| Shop11000089 Store | wozaitiantang089@163.com |
| da song Store | wugui5750@aliyun.com |
| Shop1102144120 Store | xdw72e@163.com |
| XGL10 Luggage Store | xgl10@xmgolong.com |
| Shop911051038 Store | xiexi39510yezha@163.com |
| MIYIBO Store | xvnzk66@163.com |
| Calelinka Official Store | yanchenjing2020@163.com |
| walkingzombies96 Store | ye59578406@163.com |
| Shop1100170364 Store | yongyun902072@163.com |
| Shop1102137091 Store | yyn28g@163.com |
| Shop1102198086 Store | z1510140449@163.com |
| Shop1102186674 Store | zhang5505jing@163.com |
| ZAY Store | zhangzhituan2021@126.com |
| STUIRAER | 1226634086@qq.com |
| WDBDZZH | 13216255230@163.com |
| Hapord | 1426470068@qq.com |
| haikouyulundianzishangwuyouxiangongsi | 18673962604@163.com |
| SJLPY | 2250349426@qq.com |
| Fantts-us | 2319700264@qq.com |
| TOFUSERY | 2501628310@qq.com |
| Z-Y-H Store | 259957320@qq.com |
| EC BAY | 2952357472@qq.com |
| shuopu | 3336472009@qq.com |
| ihgqpinfkd | 3370417258@qq.com |
| KKC Home | 3618236724@qq.com |

| | |
|---|---|
| HAOCHU | 401512898@qq.com |
| Graman Direct | 438135118@qq.com |
| bu wang chu xin | 546170616@qq.com |
| SpaceCar & SpaceAuto | 721413201@qq.com |
| JERP | a13316932447@163.com |
| jinxin-us | a15220925813@126.com |
| WOW WALL ART | a158593980871@163.com |
| HeytoneHome | amzxtjy@outlook.com |
| Argent Directe | argentyin@outlook.com |
| caicaishucaidian | asd53420@163.com |
| Yuehei co | bigua123036@163.com |
| Lvar | chaopanjiu6517ghz@163.com |
| guihu | chengt204644@163.com |
| HFBGK | chenguoz5456@163.com |
| CameCosy | chenhuangus@163.com |
| pensheng | chenlitong2018@outlook.com |
| XURITIAN | cssf1674697nangj@163.com |
| EKOPT | cunjinchaogeymx@126.com |
| CYi deals | cyi88688@163.com |
| kunmingpanjiebengshangmaoyouxiangongsi | em6204yzye2535@163.com |
| kljlhkijclhjf | fanmu1603chui@163.com, menghanut38497@163.com |
| dafgvdfsza | feiqing8287@163.com |
| Culliber SPM | fgrw7848@163.com |
| ODSBHVSBVHE | fmkx83@163.com, ldve88@163.com |
| imobaby | fujianfeng2022@163.com |
| FANwenfeng_apo_s Shop | gewwcu@163.com |
| Professional jersey shop | ghqhlx598dd323@163.com |
| Yudi Store | griesgr888999@163.com |
| BGEWWDX | gtb56hyder86mjui9@163.com |
| MUMEE STORE | gzshixuan@126.com |
| sukunkun | hairify@hotmail.com |
| HongTu Shops | hanhongchen1119@163.com |
| Newzonone | hanyunaa2022@outlook.com |
| Leegpook | hanzhixiao1990@163.com |
| Ayvmsd-vs | hebizpy03128@163.com |
| Lqbaihuo | hlq17535366575@sina.com |
| xianninggaoxinruicikufuzhuangdians | hmdx96@163.com |
| huyf7388 | huyongfu7383a@163.com |
| xiaoqiandediann | jajijihd92135r6236@163.com |
| XieXingYu | jheitm@163.com |

| | |
|---|---|
| FUXING MACHINERY EQUIPMeNT HONG KONG CO., LIMITED | jiangshangj268@126.com |
| jinmeiriza | jinmeiriza@163.com |
| Amazov | jumaidamaoyi@163.com |
| Nansicy | junduk5850701@163.com |
| ForegoRhoUS | junsikuw25@163.com |
| xuhuai003 | juzhi9807121116436@163.com |
| Jwpmxk938 | juzimarg38757@163.com |
| Kunming Wutang Garment Co., Ltd | k88772957z@163.com |
| KaiBo | kaiblhb@163.com |
| henanenbojianzhugongchengyouxiangongsi | kangrongchun7551@163.com |
| kehailong | kehailong111@outlook.com |
| jhngvjfkg | l13487875662@163.com |
| suizhoushiqihongshangmaoyouxiangongsi | langhanjiao054@126.com |
| VDGGESVDGHFH | ldve88@163.com |
| Loveyou007 | lichenyan55639@163.com |
| LightingU | lightingu518@163.com |
| lippp7799 | linlippp7789@163.com |
| LinQiRong 4 | linqirong0228@outlook.com |
| shibinsha177 | linzhiyuan1688@163.com |
| Li Quanfeng | liquanfeng20220222@163.com |
| tuanhaiwangluo | liuhua126@outlook.com |
| LLJ-USA | liulijun2107@163.com |
| fsygshugjopeg | loubakjg08@163.com |
| Lucyinternet | luximaoyi@outlook.com |
| LVDOI-US | lvdoius@163.com |
| CROC PINS | marong115525@outlook.com |
| kunmingtongkaidianzishangwuyoyxianzerengongsi | mengsunoxi895@163.com |
| Metulip | metulip@163.com |
| muyunzi | muyunzi2021@163.com |
| XnsZnsm | naoshang632187@163.com |
| Shuixin Trading Firm | ncliuyuxin@163.com |
| Jersey Professional Store | nian350740@163.com |
| ChenTengBaiHuo | njw1017@outlook.com |
| QYSRC | oprlojgiu@163.com |
| ANDGING | pengyanming0922@163.com |
| PXDY | pixingdaiyuebm@163.com |
| USAjerseyshopbest | poji8317096@163.com |
| danzhoushifakaomaoyiyouxiangongsi | pr29374eo81405@126.com |
| KatherineKelly | pzjz66@sina.com |
| cyqq666 | q4364967635@163.com |

| | |
|---|---|
| CAI JINLING | qcfortune@163.com |
| Symunnia | renee3256@hotmail.com |
| zengduquhongfengbaihuodian | shangw30106@163.com |
| miaozhongtools | shaoxun19900812@163.com |
| shenjing6173 | shenjing617332@163.com |
| li cheng qu gong chen shen shu zhen xi ran fu wu b | shenshuzhen2022@163.com |
| shanxisunshuangjiaokejiyouxiangongsi | sogrgu947xi347@163.com |
| CXStore | songming5028@126.com |
| SURPASSXU08 | soontrue08@163.com |
| THS Design | sxsfdzsw@126.com |
| HK CXMY LIMITEd | tangboy72284@126.com |
| tangjingnan | tangjinnan111@outlook.com |
| NiceYun Direct | tangyun5000@foxmail.com |
| chenhao79 | tanque8669@163.com |
| cai zhikun | tie895dingxia@163.com |
| tangchaoxian | tongjx2971@163.com |
| Tongtuo Direct | tongtuodirect@163.com |
| ISENG | tuofei359757@163.com |
| WeiTongAnQingShaoXianShang | tzjd22907064p@163.com |
| jiningyanfeishangmaoyouxiangongsi | u1eu7kr4@163.com |
| haizhiwen | vp772qvdd345@163.com |
| shanxijiaobinwenhaotiyuyongpinyouxiangongsi | waikongmcn742@163.com |
| US-weiweizhuanmai | wangjiwei1108@163.com |
| zprosey | wanness71@163.com |
| Goon284 | wendibernuzzipq@yahoo.com |
| WWJ-US | wenwengjing2021@163.com |
| susonglongxiangshengshimaoyiyouxiangongsi | wlx15509386959@163.com |
| SPX jersey | wq73fqh7@163.com |
| Faseer Import | wuhb1958@163.com |
| Nutyip | wyk13814176404@163.com |
| DSAGSDHRFJH | xdqk47@163.com |
| A3AKAOCRIJ31HP | xiaoyuwen12341234@163.com |
| XiKaiUS | xikaisell@163.com |
| ShangYing Shop | xiongshi645433@163.com |
| xuxiangt | xuxiang783@outlook.com |
| A2CQAYBS24C817 | yama666999@163.com |
| KFLIJGNG | yangqing2833@163.com |
| Henanshengxianglaomaoyiyouxiangongsi | yanhappyday@outlook.com |
| yejianfengy | yejianfeng4e@163.com |
| DVFBBBB | yinna12764@163.com, zudaiganst284@163.com |

| | |
|---|---|
| RuiTiger | yongjian8633@outlook.com |
| iChistma Tech | yuanlinbaihuodian@163.com |
| dsaczxvmuikolp | yuejiumi8065270@163.com |
| Yjwlkj | yujuwangluokeji@163.com |
| KODEEGA | yuyueshou19660118@163.com |
| Hongan Trading | yzxk93@163.com |
| ALEENUN | yzyelec@163.com |
| XuanMaoBaiHuo | z17635179535@hotmail.com |
| swimshine | zenghh2022@163.com |
| danzhouhuangqiushangmaoyouxiangongsi | zhaideyi1015@outlook.com |
| hnspice | zhang53421asd@163.com |
| wenshangxianyoumihunshalifugongzuoshi | zhanghongyuan121313@outlook.com |
| Cool Shop US | zhaohuiying1998@outlook.com |
| Obachi | zhenghuibin552dee@outlook.com |
| Vontako | zhengquanchao73@outlook.com |
| zhengxuey8666 | zhengxueyuan288@163.com |
| Day UP | zhengyangyu@hnsmartech.com |
| ForegorhoShop | zhitanyue708@163.com |
| USAPAMTIER | zhlinus@hotmail.com |
| Xiangchengshijianmoshangmaoyouxiangongsi | zhoukangkang269@163.com |
| zhuangyanhuiz | zhuangyanhuizz@outlook.com |
| hipowa015 | zhulvaix898@163.com |
| jkfsnfkuwhfahjsf | zhuowenhuang0875@163.com |
| byclothing | zhuyunjuan415@outlook.com |
| zunhaixu | zunhaixu@outlook.com |
| Lightning Cloud Store | zuolaipu614333@163.com |
| ZYLY | zylyfilt@163.com |
| KEVOTOMP | zzj19921128@163.com |
| dalianchengxinshangmaoyouxiangongsi | chengxin06082022@163.com |
| cang zhou chuang long guan dao she bei you xian gong si | chuang2009@outlook.com |
| Hjjexly | culkol@yeah.net |
| Masterce | jesselattimore@163.com |
| HAIKOUKUAJIBENWANGLUOKEJIYOUXIANGONGSI | nain1731040@163.com |
| guangzhoujianhoushangmaoshanghang | o5l8s5fy@163.com |
| shuyuan e-commerce Co., Ltd | shuyuan0428@163.com |
| Tkbnmy | suhui1995@yeah.net |
| ENKK | wiibii161718@126.com |
| JILINSHENGGAOYUJIASHANGMAOYOUXIANGONGSI | xian81686088@163.com |
| yandi(yantai)guanggaokejiyouxiangongsi | yandiyantai@163.com |

| | |
|---|---|
| jerseybestest.com | jerseyinfo10@gmail.com |
| YIJIN47 | 47ccmccm@sina.com |
| SAFE Electronics Ltd | cidefnf@163.com |
| xukuiwei01519 | fuw1478@163.com |
| liujie345 | gmy2906@163.com |
| Christopher Holzwarth | kellyedengyfn@outlook.com |
| Jiaoqiangao678 | pe2249otij6586@163.com |
| lidilang00417 | svhwx57@163.com |
| | niu@mainleaf-law.com; adamu@au-llc.com;lou@mainleaf-law.com |
| | mail@bjhthzlaw.com |
| | zhouyu7006@gmail.com;danielmcohn@gmail.com |
| | he.cai@getechlaw.com;linda.lei@getechlaw.com |
| | scinovallctd@gmail.com |
| | haoyichen@archlakelaw.com |
| | ebi@sherinianlaw.net |
| | crlejeune@panglawyer.net |
| | Cherry-gzzlaw@hotmail.com |
| | pengkelaw@yeah.net |
| | xueni@yingkelawyer.com |
| | contact@jzhanglaws.com |