# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

NBA Properties, Inc.

                          Plaintiff,

v.

                          Case No.: 1:22−cv−07107

                          Honorable Joan B. Gottschall

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 27, 2023:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff reports [51] that it has reached a settlement agreement with appearing defendant CameCosy. Plaintiff anticipates concurrently filing motions for default judgment and for entry of a consent judgment against appearing defendant "soon." If the motions plaintiff anticipates filing have not been filed by 4/21/2023, a status report is due on that date. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.