# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NBA PROPERTIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DONGGUAN ALLEN HOUSE OF JEWELRY & FINDINGS CO., LTD., et al., <br><br> Defendants. | Case No. 22-cv-07107 <br><br> **Judge Joan B. Gottschall** <br><br> **Magistrate Judge Sheila M. Finnegan** |

### PLAINTIFF'S AGREED MOTION FOR ENTRY OF A CONSENT JUDGMENT AS TO CERTAIN DEFENDANTS

Plaintiff NBA Properties, Inc. ("NBAP" or "Plaintiff") filed an Amended Complaint [34] against, among others, Defendant Nos. 4, 47, 112, 121, 126, 139, 140, 151, 155, 160, 163, 180, 189, 194, 196, 199, 201, 203, 204, 214, 222, 230, 233, 238, and 275 ("Defendants") (collectively, the "Parties") on January 9, 2023. Plaintiff and Defendants have resolved all claims arising from the allegations in the Amended Complaint, and have agreed to entry of the proposed Consent Judgment. As such, the Parties move this Honorable Court for the entry of a Consent Judgment as to Defendant Nos. 4, 47, 112, 121, 126, 139, 140, 151, 155, 160, 163, 180, 189, 194, 196, 199, 201, 203, 204, 214, 222, 230, 233, 238, and 275.

A memorandum accompanies this motion. A copy of the proposed Consent Judgment has been submitted to Proposed_Order_Gottschall@ilnd.uscourts.gov.

Dated this 21st day of April 2023.                    Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Kahlia R. Halpern
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
khalpern@gbc.law

*Attorneys for Plaintiff NBA Properties, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 21st day of April 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website to which the Domain Names that have been transferred to Plaintiff's control now redirect, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

    /s/ Allyson M. Martin
    Amy C. Ziegler
    Justin R. Gaudio
    Allyson M. Martin
    Kahlia R. Halpern
    Greer, Burns & Crain, Ltd.
    300 South Wacker Drive, Suite 2500
    Chicago, Illinois 60606
    312.360.0080
    312.360.9315 (facsimile)
    aziegler@gbc.law
    jgaudio@gbc.law
    amartin@gbc.law
    khalpern@gbc.law

    *Attorneys for Plaintiff NBA Properties, Inc.*