# Exhibit 1

NBA Properties, Inc., v. Dongguan Allen House Of Jewelry & Findings Co., Ltd., et al. - Case No. 22-cv-7107

# Schedule A

| Defendant Online Marketplaces |||
|---|---|---|
| **No** | **URL** | **Name / Seller Alias** |
| 1 | allenhouse.en.alibaba.com | Dongguan Allen House Of Jewelry & Findings Co., Ltd. |
| 2 | besterjewelry.en.alibaba.com | Guangzhou Baixin Jewelry Co., Ltd. |
| 3 | oohy.en.alibaba.com | Yiwu Ouyinghua Crafts Co., Ltd. |
| 4 | EXCEPTED | EXCEPTED |
| 5 | guccijewely.en.alibaba.com | Zhangpu Duxun Town Zhuyin Bags And Suitcases Shop |
| 6 | aliexpress.com/store/1101716830 | 100% cotton T-shirt 68 Store |
| 7 | aliexpress.com/store/1101796037 | Blanket001 Store |
| 8 | aliexpress.com/store/1101933324 | Blanket004 Store Store |
| 9 | aliexpress.com/store/1102195170 | Boys shirt Store |
| 10 | aliexpress.com/store/1101406150 | Calelinka Official Store |
| 11 | aliexpress.com/store/1101681091 | Conbo-Fashion Store |
| 12 | aliexpress.com/store/1102139147 | CX5 High end clothing Store |
| 13 | aliexpress.com/store/1102017624 | DA HA Store |
| 14 | aliexpress.com/store/1101358227 | da song Store |
| 15 | aliexpress.com/store/1101783159 | Daily Discounts Store |
| 16 | aliexpress.com/store/1101428165 | foci cozi Official Store |
| 17 | aliexpress.com/store/1101350423 | GaG Store |
| 18 | aliexpress.com/store/1101937960 | Gangzi Store |
| 19 | aliexpress.com/store/1101934064 | GENOVO Store1898 Store |
| 20 | aliexpress.com/store/1101721597 | Goddess Story Card Shop Store |
| 21 | aliexpress.com/store/1102050940 | High quality clothing 4X Store |
| 22 | aliexpress.com/store/1102170360 | High quality clothing M3 Store |
| 23 | aliexpress.com/store/1102180612 | HUAI2022 Store |
| 24 | aliexpress.com/store/1102182586 | HUAIYING Store |
| 25 | aliexpress.com/store/1101940899 | Jersey head office Store |
| 26 | aliexpress.com/store/1101937046 | JEUNE&GIN Store |
| 27 | aliexpress.com/store/1101703398 | JJ302 Store |
| 28 | aliexpress.com/store/1101795469 | JJ777 Store |
| 29 | aliexpress.com/store/1102036368 | JOJO Jewerly Store |
| 30 | aliexpress.com/store/1101979759 | KAERY Store |
| 31 | aliexpress.com/store/1101793930 | KDH.6 Store |
| 32 | aliexpress.com/store/1101718520 | kenj Store |

| 33 | aliexpress.com/store/1101583976 | KHT Store |
|---|---|---|
| 34 | aliexpress.com/store/1101741617 | LINSESS Store |
| 35 | aliexpress.com/store/1102177046 | MIYIBO Store |
| 36 | aliexpress.com/store/1101506932 | Musical-Dream Store |
| 37 | aliexpress.com/store/1101816346 | Muyou's shop Store |
| 38 | aliexpress.com/store/1101937216 | NGHN TN Store |
| 39 | aliexpress.com/store/1102163570 | NICE2022 Store |
| 40 | aliexpress.com/store/1101525037 | NingsevenNV Store |
| 41 | aliexpress.com/store/1102209259 | ODYJ Store |
| 42 | aliexpress.com/store/1101816743 | oeny Factory Jewellry Store |
| 43 | aliexpress.com/store/1101718908 | OnlyFun Store |
| 44 | aliexpress.com/store/1100782712 | PANGKB Official Store |
| 45 | aliexpress.com/store/1101936375 | pc gaming mats Store |
| 46 | aliexpress.com/store/1101780847 | Pig Wall Signs Store |
| 47 | EXCEPTED | EXCEPTED |
| 48 | aliexpress.com/store/1101351029 | Q&Q Store |
| 49 | aliexpress.com/store/1102007408 | RAL Gamer Store |
| 50 | aliexpress.com/store/1101776809 | RomanHoliday Store |
| 51 | aliexpress.com/store/1101823626 | rricowees Official Store |
| 52 | aliexpress.com/store/1101373847 | SDD05 Store |
| 53 | aliexpress.com/store/1101881021 | sevenNN Store |
| 54 | aliexpress.com/store/1101784430 | ShineWorld Store |
| 55 | aliexpress.com/store/1102246135 | Shop11000089 Store |
| 56 | aliexpress.com/store/1101987337 | Shop1100080371 Store |
| 57 | aliexpress.com/store/1102005959 | Shop1100170364 Store |
| 58 | aliexpress.com/store/1102002089 | Shop1100174241 Store |
| 59 | aliexpress.com/store/1102028389 | Shop1100271224 Store |
| 60 | aliexpress.com/store/1102036148 | Shop1100290172 Store |
| 61 | aliexpress.com/store/1102038242 | Shop1100312125 Store |
| 62 | aliexpress.com/store/1100388981 | Shop1100386929 Store |
| 63 | aliexpress.com/store/1100385995 | Shop1100388985 Store |
| 64 | aliexpress.com/store/1102042268 | Shop110061 Store |
| 65 | aliexpress.com/store/1102055488 | Shop1102055487 Store |
| 66 | aliexpress.com/store/1102056522 | Shop1102056521 Store |
| 67 | aliexpress.com/store/1102061470 | Shop1102056553 Store |
| 68 | aliexpress.com/store/1102061918 | Shop1102057998 Store |
| 69 | aliexpress.com/store/1102057472 | Shop1102061439 Store |
| 70 | aliexpress.com/store/1102110507 | Shop1102111504 Store |
| 71 | aliexpress.com/store/1102129300 | Shop1102128336 Store |
| 72 | aliexpress.com/store/1102137092 | Shop1102137091 Store |
| 73 | aliexpress.com/store/1102145090 | Shop1102144120 Store |

| | | |
|---|---|---|
| 74 | aliexpress.com/store/1102155203 | Shop1102152272 Store |
| 75 | aliexpress.com/store/1102154654 | Shop1102153675 Store |
| 76 | aliexpress.com/store/1102166427 | Shop1102166426 Store |
| 77 | aliexpress.com/store/1102176636 | Shop1102174633 Store |
| 78 | aliexpress.com/store/1102181558 | Shop1102182584 Store |
| 79 | aliexpress.com/store/1102185719 | Shop1102186674 Store |
| 80 | aliexpress.com/store/1102185393 | Shop1102191338 Store |
| 81 | aliexpress.com/store/1102193320 | Shop1102192327 Store |
| 82 | aliexpress.com/store/1102196235 | Shop1102192349 Store |
| 83 | aliexpress.com/store/1102200041 | Shop1102198086 Store |
| 84 | aliexpress.com/store/1102197186 | Shop1102199096 Store |
| 85 | aliexpress.com/store/1102200310 | Shop1102203270 Store |
| 86 | aliexpress.com/store/1101342452 | Shop5124193 Store |
| 87 | aliexpress.com/store/1101360000 | Shop5430209 Store |
| 88 | aliexpress.com/store/1101532927 | Shop910747155 Store |
| 89 | aliexpress.com/store/1101565118 | Shop911051038 Store |
| 90 | aliexpress.com/store/1101578804 | Shop911125170 Store |
| 91 | aliexpress.com/store/1101607433 | Shop911379125 Store |
| 92 | aliexpress.com/store/1101379000 | SiliconeCase Store |
| 93 | aliexpress.com/store/1101849866 | SimonYao Store |
| 94 | aliexpress.com/store/1101934928 | Streetwear01 Store |
| 95 | aliexpress.com/store/1102133805 | syndra shirt Store |
| 96 | aliexpress.com/store/1102029952 | tang ya Store |
| 97 | aliexpress.com/store/1101283650 | TGC1314 Store |
| 98 | aliexpress.com/store/1101299851 | Tino Kino HZ1 Store |
| 99 | aliexpress.com/store/1101758987 | Touds Store |
| 100 | aliexpress.com/store/1101694134 | walkingzombies96 Store |
| 101 | aliexpress.com/store/1101971429 | XGL10 Luggage Store |
| 102 | aliexpress.com/store/1101752585 | xinyuanfashion Store |
| 103 | aliexpress.com/store/1101951885 | xmpcw006 Store |
| 104 | aliexpress.com/store/1101640822 | YANAGUN Official Store |
| 105 | aliexpress.com/store/1101745582 | ZAY Store |
| 106 | aliexpress.com/store/1101649295 | Zeng Yuerong Store |
| 107 | aliexpress.com/store/1101822525 | ZKH.11 Store |
| 108 | amazon.com/sp?seller=A2CQAYBS24C817 | A2CQAYBS24C817 |
| 109 | amazon.com/sp?seller=A3AKAOCRIJ31HP | A3AKAOCRIJ31HP |
| 110 | amazon.com/sp?seller=A3O7AWRECPYTM7 | ALEENUN |
| 111 | amazon.com/sp?seller=AGDOGMBCOA143 | Amazov |
| 112 | EXCEPTED | EXCEPTED |
| 113 | EXCEPTED | EXCEPTED |
| 114 | amazon.com/sp?seller=A3LAHJMJGHLA7F | Ayvmsd-vs |

| | | |
|---|---|---|
| 115 | amazon.com/sp?seller=A1MZ6C0PI3W3A | BGEWWDX |
| 116 | amazon.com/sp?seller=A3LJ3TKVO3LFFQ | bu wang chu xin |
| 117 | amazon.com/sp?seller=A2B6QK29VPDK0D | byclothing |
| 118 | amazon.com/sp?seller=A1Q2KZBT99NPJD | CAI JINLING |
| 119 | amazon.com/sp?seller=A3O7KA7O2WPMMR | cai zhikun |
| 120 | amazon.com/sp?seller=A6WK7Z9K3ANMI | caicaishucaidian |
| 121 | EXCEPTED | EXCEPTED |
| 122 | amazon.com/sp?seller=A19EZQ5AXMMIMP | chenhao79 |
| 123 | amazon.com/sp?seller=A1JHKNGMB2SIKV | ChenTengBaiHuo |
| 124 | amazon.com/sp?seller=A1R03CUHT1AMHW | Cool Shop US |
| 125 | amazon.com/sp?seller=A264P01BQERV4O | CROC PINS |
| 126 | EXCEPTED | EXCEPTED |
| 127 | amazon.com/sp?seller=A2UJAXVRMPW60N | CXStore |
| 128 | amazon.com/sp?seller=A3DHFB4AHEO0QB | CYi deals |
| 129 | amazon.com/sp?seller=A2LFHDCBIO438U | cyqq666 |
| 130 | amazon.com/sp?seller=A1MLE5HK7UWOD3 | dafgvdfsza |
| 131 | amazon.com/sp?seller=A3EH0Q69PC5MBC | danzhouhuangqiushangmaoyouxiangongsi |
| 132 | amazon.com/sp?seller=A3LCXGKPYPLUHO | danzhoushifakaomaoyiyouxiangongsi |
| 133 | amazon.com/sp?seller=A303ZNYT22V7GG | Day UP |
| 134 | amazon.com/sp?seller=AP0B33C1T6EWA | dsaczxvmuikolp |
| 135 | amazon.com/sp?seller=AO2RYXM63RT0R | DSAGSDHRFJH |
| 136 | amazon.com/sp?seller=AO5DN1E99CDTS | DVFBBBB |
| 137 | amazon.com/sp?seller=A23187BH9L799P | EC BAY |
| 138 | amazon.com/sp?seller=AUZ9C3EGZN4UD | EKOPT |
| 139 | EXCEPTED | EXCEPTED |
| 140 | EXCEPTED | EXCEPTED |
| 141 | amazon.com/sp?seller=AHRR7N936ED9C | Faseer Import |
| 142 | amazon.com/sp?seller=A2W2RBFJZERHTL | ForegorhoShop |
| 143 | amazon.com/sp?seller=A161R8BI7MJAD | ForegoRhoUS |
| 144 | amazon.com/sp?seller=A3VUJTMFIPL6HW | fsygshugjopeg |
| 145 | amazon.com/sp?seller=A1IENES00P91UV | FUXING MACHINERY EQUIPMeNT HONG KONG CO., LIMITED |
| 146 | amazon.com/sp?seller=A3O7OVOW78QFDJ | Goon284 |
| 147 | amazon.com/sp?seller=A2QQUMVWZ9NPT2 | Graman Direct |
| 148 | amazon.com/sp?seller=A25LRFOF38SQTS | guihu |
| 149 | amazon.com/sp?seller=A759POWZ8SUJO | haikouyulundianzishangwuyouxiangongsi |
| 150 | amazon.com/sp?seller=AVHC3XG1YVMIU | haizhiwen |
| 151 | EXCEPTED | EXCEPTED |
| 152 | amazon.com/sp?seller=A1CLGGBXRGS6PB | Hapord |
| 153 | amazon.com/sp?seller=A38EK4LIGL38SC | henanenbojianzhugongchengyouxiangongsi |
| 154 | amazon.com/sp?seller=A2NF9UTIOPU6SL | Henanshengxianglaomaoyiyouxiangongsi |

| | | |
|---|---|---|
| 155 | EXCEPTED | EXCEPTED |
| 156 | amazon.com/sp?seller=A43046T3VI4OD | HFBGK |
| 157 | amazon.com/sp?seller=A1QBDFAAP3OZST | hipowa015 |
| 158 | amazon.com/sp?seller=A262I6Q1UOEUJW | HK CXMY LIMITEd |
| 159 | amazon.com/sp?seller=A3KKYEIAPAX7T8 | hnspice |
| 160 | EXCEPTED | EXCEPTED |
| 161 | amazon.com/sp?seller=A2ZPEGVBXDKDQL | HongTu Shops |
| 162 | amazon.com/sp?seller=A1GJ8VTTS8KE86 | huyf7388 |
| 163 | EXCEPTED | EXCEPTED |
| 164 | amazon.com/sp?seller=A232E0LHZF581X | ihgqpinfkd |
| 165 | amazon.com/sp?seller=A2U7O8QPIEGGB9 | imobaby |
| 166 | amazon.com/sp?seller=A42GINGMYZY4H | ISENG |
| 167 | amazon.com/sp?seller=A1NMKVC9CRIYFW | JERP |
| 168 | amazon.com/sp?seller=A30QESNE4R6QLM | Jersey Professional Store |
| 169 | amazon.com/sp?seller=A35DNN1F0E0DZ1 | jhngvjfkg |
| 170 | amazon.com/sp?seller=A3ARE3OV6KNNMD | jiningyanfeishangmaoyouxiangongsi |
| 171 | amazon.com/sp?seller=A1DEHFR3NOXIFZ | jinmeiriza |
| 172 | amazon.com/sp?seller=A16GFKETR0OX1S | jinxin-us |
| 173 | amazon.com/sp?seller=A2EYUOCPI7HFTK | jkfsnfkuwhfahjsf |
| 174 | amazon.com/sp?seller=A3FM7E96BBMWG3 | Jwpmxk938 |
| 175 | amazon.com/sp?seller=A3C2942M2BF5AH/ | KaiBo |
| 176 | amazon.com/sp?seller=A2W69B2Z2X0H8S | KatherineKelly |
| 177 | amazon.com/sp?seller=AWPTO64HAGDTK | kehailong |
| 178 | EXCEPTED | EXCEPTED |
| 179 | amazon.com/sp?seller=A3JI6T3Q1SI1CT | KFLIJGNG |
| 180 | EXCEPTED | EXCEPTED |
| 181 | amazon.com/sp?seller=A1NQ0GLWS7C93J | kljlhkijclhjf |
| 182 | amazon.com/sp?seller=ABQWADTPLMPWG | KODEEGA |
| 183 | amazon.com/sp?seller=A1F0C8I6QG20E0 | Kunming Wutang Garment Co., Ltd |
| 184 | amazon.com/sp?seller=A1R8ZVFFG5VGHG | kunmingpanjiebengshangmaoyouxiangongsi |
| 185 | amazon.com/sp?seller=A3L0M8XRGP8TM | kunmingtongkaidianzishangwuyoyxianzerengongsi |
| 186 | amazon.com/sp?seller=A36I9ZPS6ZMDKR | Leegpook |
| 187 | amazon.com/sp?seller=A3TP1RJ4C809DI | li cheng qu gong chen shen shu zhen xi ran fu wu b |
| 188 | amazon.com/sp?seller=A3HPRARG81YQHW | Li Quanfeng |
| 189 | EXCEPTED | EXCEPTED |
| 190 | amazon.com/sp?seller=A2FDV53S7KMMYZ | Lightning Cloud Store |
| 191 | amazon.com/sp?seller=A2OU4SVL15IQF4 | LinQiRong 4 |
| 192 | amazon.com/sp?seller=A1HYG5I8J1RKTZ | lippp7799 |
| 193 | amazon.com/sp?seller=A2AA4DPF11MNYQ | LLJ-USA |

| | | |
|---|---|---|
| 194 | EXCEPTED | EXCEPTED |
| 195 | amazon.com/sp?seller=A3FNSCFAQAXGQ5 | Lqbaihuo |
| 196 | EXCEPTED | EXCEPTED |
| 197 | amazon.com/sp?seller=A1QKKV2ZAZZZDK | Lvar |
| 198 | amazon.com/sp?seller=A26VD089SDPTL0 | LVDOI-US |
| 199 | EXCEPTED | EXCEPTED |
| 200 | amazon.com/sp?seller=A3TMFSCYCBTNZD | miaozhongtools |
| 201 | EXCEPTED | EXCEPTED |
| 202 | amazon.com/sp?seller=A31HR6178Q1WG2 | muyunzi |
| 203 | EXCEPTED | EXCEPTED |
| 204 | EXCEPTED | EXCEPTED |
| 205 | amazon.com/sp?seller=A3I1I0MQNQJWQA | NiceYun Direct |
| 206 | amazon.com/sp?seller=A2YQV7LOHEGV8A | Nutyip |
| 207 | amazon.com/sp?seller=AA9FORE6QM4E4 | Obachi |
| 208 | amazon.com/sp?seller=A3BN8CTDCLZ2FR | ODSBHVSBVHE |
| 209 | amazon.com/sp?seller=A6AJTGBN4AS4O | pensheng |
| 210 | amazon.com/sp?seller=A359B4DKZO6NRS | Professional jersey shop |
| 211 | amazon.com/sp?seller=A3D1R4CLIY6X4S | PXDY |
| 212 | amazon.com/sp?seller=A1FUQRCXAL4472 | QYSRC |
| 213 | amazon.com/sp?seller=A1BOR7QP3D81IB | RuiTiger |
| 214 | EXCEPTED | EXCPETED |
| 215 | amazon.com/sp?seller=A1WY03L580KKKY | shanxijiaobinwenhaotiyuyongpinyouxiangongsi |
| 216 | amazon.com/sp?seller=A3I25YV3TM8LM6 | shanxisunshuangjiaokejiyouxiangongsi |
| 217 | amazon.com/sp?seller=APS20BEJP2OVG | shenjing6173 |
| 218 | amazon.com/sp?seller=A1XROF5Z9UQLYE | shibinsha177 |
| 219 | amazon.com/sp?seller=A2L8HNQRAMF3TG | Shuixin Trading Firm |
| 220 | amazon.com/sp?seller=AR5YXW1PQZCEB | shuopu |
| 221 | amazon.com/sp?seller=A2TNE3O3Z6HXAK | SJLPY |
| 222 | EXCEPTED | EXCEPTED |
| 223 | amazon.com/sp?seller=A174ZO2WODGZOK | SPX jersey |
| 224 | amazon.com/sp?seller=A1YR6QWPPW140Q | STUIRAER |
| 225 | amazon.com/sp?seller=A1VXTDXTFZOK1O | suizhoushiqihongshangmaoyouxiangongsi |
| 226 | amazon.com/sp?seller=AN2S9QEFB9W40 | sukunkun |
| 227 | amazon.com/sp?seller=A1VJKL8KGZ2NGN | SURPASSXU08 |
| 228 | EXCEPTED | EXCEPTED |
| 229 | amazon.com/sp?seller=A2XXM1ZC3P2GAO | swimshine |
| 230 | EXCEPTED | EXCEPTED |
| 231 | amazon.com/sp?seller=A2E0VIDKXKSG53 | tangchaoxian |
| 232 | amazon.com/sp?seller=A28ADVELQCR1AV | tangjingnan |
| 233 | EXCEPTED | EXCEPTED |

| | | |
|---|---|---|
| 234 | amazon.com/sp?seller=A1G1PCVES4B8MO | TOFUSERY |
| 235 | amazon.com/sp?seller=AC58KYQBJQOT5 | Tongtuo Direct |
| 236 | amazon.com/sp?seller=A33OQJDUYQ4FQQ | tuanhaiwangluo |
| 237 | amazon.com/sp?seller=A3P2DAQ8GXJU26 | USAjerseyshopbest |
| 238 | EXCEPTED | EXCEPTED |
| 239 | amazon.com/sp?seller=A3CS7ZJYDRIFF6 | US-weiweizhuanmai |
| 240 | amazon.com/sp?seller=A3B7JQ3SMQLCMQ | VDGGESVDGHFH |
| 241 | amazon.com/sp?seller=A3VRD81LKEM0L3 | Vontako |
| 242 | amazon.com/sp?seller=A1AP1A2CGI5C5W | WDBDZZH |
| 243 | amazon.com/sp?seller=A1ZDRCVG35NDEC | WeiTongAnQingShaoXianShang |
| 244 | amazon.com/sp?seller=A1L68Q90IROMFN | wenshangxianyoumihunshalifugongzuoshi |
| 245 | amazon.com/sp?seller=A1N29GA882DZO1 | WOW WALL ART |
| 246 | amazon.com/sp?seller=A2N22OGSWA1SM3 | WWJ-US |
| 247 | amazon.com/sp?seller=A2JOCO0217WZ8P | Xiangchengshijianmoshangmaoyouxiangongsi |
| 248 | amazon.com/sp?seller=APZ6XJW636VO9 | xianninggaoxinruicikufuzhuangdians |
| 249 | amazon.com/sp?seller=AK2D83JZOC1F6 | xiaoqiandediann |
| 250 | amazon.com/sp?seller=ADASRPF0RX1B8 | XieXingYu |
| 251 | amazon.com/sp?seller=A1CUSD1YK9C4PH | XiKaiUS |
| 252 | amazon.com/sp?seller=A80S397T2YTZG | XnsZnsm |
| 253 | amazon.com/sp?seller=A1GEL9VV3NZMAG | XuanMaoBaiHuo |
| 254 | amazon.com/sp?seller=A1F3E9D2NHE7X8 | xuhuai003 |
| 255 | amazon.com/sp?seller=A33G1V9XEESY04 | XURITIAN |
| 256 | amazon.com/sp?seller=A91PVYDZOYIAQ | xuxiangt |
| 257 | amazon.com/sp?seller=A24FQ3T7G14C59 | yejianfengy |
| 258 | amazon.com/sp?seller=AY3731G0IDKSQ | Yjwlkj |
| 259 | amazon.com/sp?seller=A24PGZCCVDDH9T | Yudi Store |
| 260 | amazon.com/sp?seller=A2QBHMWYO652LT | Yuehei co |
| 261 | amazon.com/sp?seller=A197643ERT38BP | zengduquhongfengbaihuodian |
| 262 | amazon.com/sp?seller=A316ODGOTS4G6Z | zhengxuey8666 |
| 263 | amazon.com/sp?seller=A6WDV420XRGGD | zhuangyanhuiz |
| 264 | amazon.com/sp?seller=A2AG1RNR0DXDJ4 | zprosey |
| 265 | amazon.com/sp?seller=A5WOKD7BLTGE | zunhaixu |
| 266 | amazon.com/sp?seller=A2C3D6LG2WV9ME | Z-Y-H Store |
| 267 | amazon.com/sp?seller=A35ER7VBL8IMP5 | ZYLY |
| 268 | walmart.com/seller/101174509 | cang zhou chuang long guan dao she bei you xian gong si |
| 269 | walmart.com/seller/101190090 | dalianchengxinshangmaoyouxiangongsi |
| 270 | walmart.com/seller/101229061 | ENKK |
| 271 | walmart.com/seller/101204941 | guangzhoujianhoushangmaoshanghang |
| 272 | walmart.com/seller/101205100 | HAIKOUKUAJIBENWANGLUOKEJIYOUXIANGONGSI |

| 273 | walmart.com/seller/101194674 | Hjjexly |
|---|---|---|
| 274 | walmart.com/seller/101205071 | JILINSHENGGAOYUJIASHANGMAOYOUXIANGONGSI |
| 275 | EXCEPTED | EXCEPTED |
| 276 | walmart.com/seller/101179714 | shuyuan e-commerce Co., Ltd |
| 277 | walmart.com/seller/101189422 | Tkbnmy |
| 278 | walmart.com/seller/101188252 | yandi(yantai)guanggaokejiyouxiangongsi |
| 279 | wish.com/merchant/5ed12d3829e7862377358923 | Christopher Holzwarth |
| 280 | wish.com/merchant/5faa32926b51025734e06893 | Jiaoqiangao678 |
| 281 | wish.com/merchant/617376cf428b05f16969bab0 | lidilang00417 |
| 282 | wish.com/merchant/5f11041bc2c9e520f9a76826 | liujie345 |
| 283 | wish.com/merchant/55823610aeee581d36baef58 | SAFE Electronics Ltd |
| 284 | wish.com/merchant/612ef7fb4310c80da22736ed | xukuiwei01519 |
| 285 | wish.com/merchant/5d6a1e47652d2951860c9eda | YIJIN47 |

| Defendant Domain Names | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 286 | jerseybestest.com | jerseybestest.com |